1  F. Christopher Austin (Nevada Bar No. 6559)
   caustin@weidemiller.com
2  Ryan Gile (Nevada Bar No. 8807)
   rgile@weidemiller.com
3  **WEIDE & MILLER, LTD.**
   Bank of Nevada Bldg., 5th Floor
4  7251 West Lake Mead Blvd., Ste. 530
   Las Vegas, Nevada 89128
5  Telephone: (702) 382-4804
   Facsimile: (702) 382-4805
6
7  *Attorneys for Plaintiff*

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10  BOND MANUFACTURING CO., INC., a          | **Case No.:  2:17-cv-1522**
    California corporation,
11                                             **COMPLAINT**
12                        Plaintiff,
13          v.                                 **JURY DEMAND**

    ASHLEY FURNITURE INDUSTRIES,
14  INC., a Wisconsin corporation;,

15                        Defendant.
16
17

18      Plaintiff BOND MANUFACTURING CO., ("Plaintiff" or "Bond") for its Complaint

19  against ASHLEY FURNITURE INDUSTRIES INC., a Wisconsin corporation ("Defendant" or

20  "Ashley"), alleges the following:

21                        <u>**NATURE OF THE CASE**</u>

22      1.      This is an action for fraud, negligent misrepresentation, breach of express and

23  implied contracts, contractual and tortious breach of the implied covenant of good faith and fair

24  dealing, promissory estoppel, quantum meruit, missapropriation of trade secrets, and unfair

25  competition.

26      2.      These claims arise in connection with Defendant Ashley's wrongful manufacture,

27  distribution and marketing of certain Bond proprietary designs for outdoor furniture, outdoor

28  heaters, fire tables, and related items without authorization from or payment to Bond.  Defendant

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                          1

1  wrongfully procured samples of Bond's proprietary outdoor products on the false promise that

2  Bond would be Defendant Ashley's exclusive manufacturer of such Bond designed product or

3  else Defendant Ashley would not offer any of the Bond designed products.  After procuring

4  samples of Bond's proprietay outdoor products, Defendant terminated negotiations with Bond,

5  wrongfully copied, manufactured, imported, distributed and sold through its retail distribution

6  system the copied Bond designed products on a nationwide scale.

7       3.     As several of the products at issue are patented in China and are patent pending in

8  the United States, Bond may seek leave to amend this Complaint to allege patent infringement

9  upon the issuance of any pending patent application.

10                          **JURISDICTION AND VENUE**

11      4.     This Court has subject matter jurisdiction under Article III, Section 2 of the United

12  States Constitution and 28 U.S.C. § 1332, as the matter in controversy exceeds the sum or value

13  of $75,000 and is between citizens of different States.

14      5.     Venue is proper in this district pursuant ot 28 U.S.C. § 1391(b), as a substantial

15  part of the events that gave rise to this action occurred in this judicial district and Defendants,

16  being subject to personal jurisdiction in this judicial district, are residents of this judicial district.

17      6.     This Court has personal jurisdiction over the Defendant Ashley because, among

18  other things, Ashley is doing business in the State of Nevada.  Specifically, many of the actions

19  complained of herein, including the false representations and procurement on false pretenses of

20  proprietary Bond designed and manufactured products, took place in this judicial district, and

21  Ashley intentionally markets and sells products in Nevada that wrongfully incorporate Bond's

22  proprietary designs all to the detriment of Bond in Nevada and and everywhere else Defendant

23  Ashley engages in such wrongful conduct.

24                              **THE PARTIES**

25      7.     Plaintiff BOND MANUFACTURING CO. is a corporation organized and existing

26  under the laws of the State of California and having a principal place of business in California.

27  / / /

28  / / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                    2

8.      Defendant ASHLEY FURNITURE INDUSTRIES is a corporation organized and existing under the laws of the State of Wisconsin and having a principal places of business in Wisconsin.

## FACTS IN SUPPORT OF PLAINTIFF'S CLAIMS

### Bond's Background

9.      Bond is an industry leader in the designing and manufacturing of lawn, garden, and outdoor living products.

10.      Founded in 1946, Bond has established itself as a premier, trusted source for a wide range of outdoor living products, including outdoor heating products (e.g., fire tables, compact tabletop models, patio heaters, heating columns, fire fountains, and wood-burning fire pits) and outdoor furniture (e.g., dining sets, casual seating sets, outdoor lamps, weather-resistant area rugs).

11.      Bond has continually invested its resources in innovative new product designs – designing thousands of product lines over its 70-plus year history.

12.      Bond's products are sold in the major retail outlets for such products, including Walmart, Home Depot, Lowe's, Target, and Menards.

### Bond's Outdoor Furniture and Heating Products

13.      Bond added outdoor heating products to its program of outdoor living products in 2005 after spending thousands of hours in research, engineering and design.  Over the last twelve years, Bond has created, designed and engineered thousands of different outdoor heating products, has become the largest supplier of outdoor heating products in North America, and is recognized in the industry as a leader in both innovation and design in the category of outdoor heating products. Bond works closely with its designers, engineers, and factories to advance both its product technology and designs.

14.      The following is a broad description of the multiple phases that Bond undertakes when it designs a new product as part of its outdoor heating product program: (1) preliminary design, including conceptual and creative work; (2) industrial design; (3) technical design; (4) engineering; (5) tooling; (6) sampling; (7) testing; and (8) packaging design.  Thereafter, Bond

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                      3

1  prepares manufacturing specifications, and works with government agencies and industry

2  certification bodies to secure all required certifications and product technical specifications.

3      15.    As part of Bond's research and development in order to stay on top of trends in the

4  outdoor heating product market, Bond is constantly working with marketing research companies,

5  conducting market research surveys, hiring designers, interfacing with buyers and reviewing

6  competing products.

7      16.    Bond has also invested significant resources in the development (and ongoing

8  improvement of) the materials it uses for its outdoor heating products, including innovative

9  composites of resin and natural stone to create durable, heat and UV resistent exterior, artistic

10  designs that capture the style, look and feel of natural stone, wood, and other materials the use of

11  which would otherwise be impractical or cost prohibitive.

12      17.    For Bond's outdoor heating products, Bond even developed a patented paint

13  process called "Procoat" which offers seven times the UV protection and five times the coating

14  adhesion of competing products.

15      18.    Bond's engineering department is comprised of engineers with years of experience

16  in the heating industry who work closely with CSA Group to ensure that all outdoor heating

17  products will meet CSA certification standards.  All of the heating and gas components in Bond's

18  outdoor heating products are made in CSA approved factories and are 100% approved and

19  certified by CSA Group.

20      19.    For packaging, Bond works with testing agencies to ensure that all of its packaging

21  will pass testing requirements.  Bond's in-house design team creates all of the artwork for retail

22  boxes, hangtags, point-of-purchase displays, and any other graphics that retails partners may

23  require for the marketing and sale of Bond manufactured products.

24      20.    Bond is also well-recognized for standing by all of the products that it makes.

25  Bond insures that all of its customers – from its wholesale partners to the end retail customer –

26  are satisfied with Bond's products.  Bond's commitment to customer satisfaction is one reason

27  that major retailers keep coming back to Bond for products to include in their outdoor furniture

28  product programs.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                    4

**Bond's Business Relationships**

21.     In addition to making and distributing its own products directly to retail stores, Bond also regularly works with other companies as a private label manufacturer of outdoor products.  Bond routinely enters into private label design and manufacturing agreements with third party companies who come to Bond for help in designing and manufacturing the quality products that such companies wish to offer.  While the terms of each deal may vary, Bond is willing to provide product design services to such companies because the companies agree that Bond will be the exclusive manufacturer and supplier of those products that Bond designs.

22.     Some of the well-known third party brands where Bond is, or has been, the authorized manufacturer are Stanley Black & Decker, Miracle-Gro, Allen + Roth (a Lowe's brand), and Threshold (a Target brand).

23.     Because of the superior quality of Bond's products and services and Bond's good business relationships with its private label customers, Bond often has not had to memorialize the terms of these private label design and manufacturing agreements before commencing design and manufacturing work with such customers.  Nevertheless, such reputable companies have always honored their agreements with Bond regarding the propriety of Bond's design and its exclusivity as the manufacturer for such Bond designed products.

24.     Ashley is the first company in over half a century that has dishonored its agreement with Bond by luring Bond to expend hundreds of thousands of dollars in design and manufacturing and to reveal invaluable proprietary information on the false promise of an exlusive manufacturing relationship—pitched by a trusted former Bond executive—for the unlawful purpose of stealing Bond's designs and know-how for its own commercial use.

**Ashley's Background**

25.     Upon information and belief, Ashley is one of the largest manufacturers, distributors, and sellers of furniture in the United States. Ashley sells its furniture nationwide through over 450 retail locations doing business under the name Ashley Furniture HomeStore.

26.     Upon information and belief, Ashley also sells its furniture products wholesale to third party furniture retailers.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                              5

27.     Upon information and belief, Ashley only recently decided to begin manufacturing, marketing, and selling its own line of outdoor furniture products, including outdoor heating products.

28.     However, success in the outdoor furniture product market, particularly outdoor heating products, can be difficult absent the experience and expertise to understand the complex issues of product design and quality control that are encountered in designing and manufacturing such products, including the significant investment in time, money and resources required to create new, innovative products.

29.     Ashley apparently recognized the difficulty of entering this product space but was also unwilling to make the necessary investment of time and money to develop its own products.

30.     Instead, Ashley devised a plan to have Bond, under the false pretense that the companies were acting in accord with Bond's customary third-party design/manufacturing agreement—a process of which Ashley was fully aware since it hired a former Bond executive to carry it out—create an entire line of unique, innovative outdoor furniture products, including outdoor heating products.

31.     After Bond had already held up its end of the parties' agreement and delievered to Ashely samples of all of the Bond designed products, Ashley cut Bond out entirely, misappropriated for its own benefit and use all of Bond's furniture product designs, slavishly copied Bond's furniture product designs, and then manufactured as its own the Bond proprietary designed outdoor furniture that Ashley obtained by false pretenses for Ashley's own use and that of Ashley's Retailer Defendants.

32.     If Ashley had informed Bond that it had no intention of complying with the parties' agreement or had Bond known that Ashley intended to manfucture on its own the Bond product designs disclosed to it under the promise that Bond would be the exclusive manufacturer of such product, then Bond would never have done business with Ashley and certainly would never have disclosed its designs or its proprietary processes and information to Ashley.

/ / /

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                      6

**Bond's Relationship with Ashley**

33.     In May 2016, Mr. Andy Sokol ("Sokol), Vice President of Merchandising for Ashley and the director of Ashley's Outdoor Patio Program, visited Bond's booth at the National Hardware Show in Las Vegas to discuss with Mr. Cameron Jenkins ("Jenkins"), President of Bond, an agreement between Ashley and Bond to develop an exclusive Patio and Outdoor Heating furniture program for Ashley that Sokol referred to as the "Ashley Program".

34.     Jenkins was familiar with Sokol because Sokol had worked as a management executive for Bond as Bond's Director of Product Development for Bond's Patio Program in 2009.

35.     Before working for Bond, Sokol worked with Bond as the Merchandising Vice President of one of Bond's customers, Fortunoff.  Through these years of working with Bond and Fortunoff, Sokol became well aware of Bond's reputation for innovation, design, quality and experience in the design and manufacture of outdoor furniture products.

36.     More importantly, Sokol gained a full understanding of Bond's policies and practices.  As a result of Sokol's intimate knowledge of Bond's policies, Sokol knew at the time he offered the Ashley Program to Bond, that Bond would only provide product design and manufacturing services for Ashley on the condition that Bond be the exclusive manufacturer of any Bond designed products for the Ashley Program.

37.     Because of the decades-long, trusted relationship between Bond and Sokol, and because Sokol knew Bond and particularly Jenkins woud readily trust him, he was singularly and particularly situated on behalf of Ashley to deceive, defraud, and greatly harm Bond, even if Sokol personally was not aware at the time that Ashley would use his trusted relationship to deceive, defraud and harm Bond.

38.     At that May meeting, and on the strength of the relationship Bond and Jenkins had with Sokol, Bond agreed to participate in the Ashley Program and to have Bond designers and product managers create a line of outdoor furniture products that would be exclusive for Ashley.

/ / /

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                        7

39.     As Sokol well knew from his intimate understanding cultivated over a relationship with Bond spanning years, Bond would only engage in the Ashley Program Sokol pitched on the condition that Ashley only purchase the Bond designed product exclusively from Bond.

40.     Sokol pitched the Ashley Program as another Bond private label design and manufacturing program, knowing that Jenkins would understand the offer as one that was consistent with the private label programs Sokol had worked on while a Bond executive. Moreover, Sokol knew that Jenkins would believe the private label program he offered on behalf of Ashley would honor what Sokol knew was Bond's requirement that Bond would be the sole and exclusive manufacturer/supplier for any product Bond designed.

41.     Because of the good personal relationship that existed between Sokol and Jenkins and Ashley's well-known name and reputation, Bond trusted Sokol and reasonably believed that its business dealings with Ashley would be like any other private label design and manufacturing deal that Bond had done with other large and reputable companies and that Ashley would honor Bond's requirement that Bond be the sole and exclusive manufacturer/supplier of any Bond designed product for the Ashley Program.

42.     On May 9, 2016, Sokol sent Jenkins his "playbook" of ideas for the Ashley Program and requested a meeting on May 29th in China at Bond's Shenzhen showroom.  Jenkins flew all the way from Bond's San Francisco headquarters to China to accommodate Sokol's meeting request.

43.     On May 29, 2016, Sokol and Jenkins, among other representatives of both Bond and Ashley, held a meeting in Bond's showroom in China to discuss Bond's ideas for the Ashley Program.

44.     During this five hour meeting, Bond's team presented designs and samples created by Bond for Mr. Sokol's review.  Sokol identified designs from the showroom that Ashley wanted to include in the Ashley Program and requested additional renderings of those products.

45.     Sokol also asked that Bond send price quotations on the products as as soon as possible, explaining that this would be a "huge" program and that Ashley would need Bond's support for an upcoming show in Las Vegas once the products for the final program were selected.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                                    8

46.     Based upon Ashley's report of the quantity of product that Bond would be required to produce, as conveyed by Sokol to Bond, the projected revenue to Bond for its participation in the Ashley Program was estimated at $12 million during the first year alone.

47.     After the meeting on May 29, 2016, Jenkins sent a meeting recap email to Sokol expressing Bond's excitement about working "with Ashley on the exclusive outdoor heaing and patio combination programme."

48.     Thus, by the conclusion of this May 29, 2016, meeting, Bond and Ashley had agreed through Jenkins and Sokol: (i) that Bond would proceed with designing and manufacturing product to be displayed by Ashley at Ashley's booth/showroom at the then upcoming Las Vegas Furniture Show under Ashley's brand as part of Ashley's roll-out to the world of its new Signature Line of outdoor furniture, (ii) that the parties would negotiate in good faith over the price to Ashley for such products, and (iii) that should the parties fail to reach agreement on pricing or on Bond's participation in the Ashley Program, Ashley would not be permitted to use, copy, manufacture or sell any Bond designed product (the "Ashley Program Agreement").

49.     By the conclusion of the May 29, 2016, meeting, Sokol knew that if Bond thought that Ashley believed it could copy and manufacture/supply any of the Bond designed product that Bond was providing to Ashley for the Las Vegas Furniture Show, Bond would not have provided Ashley with such products.  Sokol knew that Bond would not have designed, manufactured or shipped such product to Ashley for the Las Vegas Furniture Show if Bond thought Ashley would not honor Bond's condition that Bond be the exclusive manufacturer/supplier of such product.

50.     At no time prior to the conclusion of the May 29, 2016, meeting, did Sokol do anything to inform Bond that Ashley would not honor Bond's standard exclusivity requirement or that Ashley believed it could take any Bond designed product, copy it, and manufacture/supply such product itself without Bond's permission.

51.     To the contrary, by the conclusion of the May 29, 2016, meeting, Sokol knew that Bond believed it would be designing and manufacturing product for display by Ashley which Ashley could only source from Bond.

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535

52.     Sokol also knew that based on that belief, Bond would invest significant money and resources to develop, design and manufacture Bond designed products in reliance on the representations and omissions intentionally made by Sokol to confirm Bond would be the exclusive manufacturer/supplier of any Bond designed product Ashley included in the Ashley Program.

53.     In reliance on the representations and ommissions made by Sokol and because Sokol told Bond Ashley needed quotes and samples made as soon as possible, Bond enlisted and devoted a large team from both Bond's China and U.S. offices to work in conjunction with Bond's manufacturing factories to prepare quotes and samples on an expedited basis.  Bond began sending price quotations to Sokol on or about June 6, 2016.

54.     Throughout June 2016, there were multiple email exchanges between Sokol and Jenkins regarding the furniture collections that Bond was designing for the Ashley Program.

55.     Among the outdoor furniture products designed by Bond as part of the Ashley Program Agreement were the following (collectively the "Bond Furniture Products"):

(a) A seven piece dining set including dining table and stationary dining
       chairs, and swivel rock chairs as identified in the image below.



/ / /

/ / /

/ / /

/ / /

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535

10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(b) A five piece chat sets including swivel rock chairs and fire table (two different versions) as identified in the image below.



(c) Several different types of seating, including stationary chairs, swivel rocker chairs, and benches as identified in the images below.

 

 

/ / /

/ / /

/ / /

/ / /

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                    11

1

(d) Several different types of fire tables, fire columns, and table firebowls as

2

identified in the images below.

3

4

5



6

7

8

9

10

11

 

12

13

14

15

16

17



18

19

20

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                    12

(e) Several different outdoor rapid induction heaters as identified in the images below.

 

(f) A sectional sofa set as identified in the image below.



(g) Oil Fire Pots as identified in the image below.



/ / /

/ / /

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                              13

56.     The Bond Furniture Products were the result of many hours of design and development work by Bond – all in accord with the Ashley Program Agreement at the direction of Ashley and following many back-and-forth discussions between Bond and Ashley regarding the technical points of the product designs.

57.     Throughout the many months that Bond worked on product designs for the Ashley Program, there was never any indication by Ashley that it did not intend to fulfill its promise that Bond would be the exclusive manufacturer of the Bond Furniture Products should Ashley chose to sell any of the Bond Furniture Products.

58.     Bond believed the parties were performing in a manner that is entirely consistent with the expected actions of the parties under the Ashley Program Agreement – focusing on the details of the design and development of Bond Furniture Products for the Ashley Program as set forth below:

(a)     As part of the detailed discussions, Bond shared with Ashley the CSA certification sheets for the gas related furniture items as well as other images of the furniture items Bond had designed for the Ashley Program.

(b)     Sokol visited Bond's China showroom on July 2, 2016, in order "**finalize the program** for the Whittier Collection (core collection for Las Vegas) and the potential 2 promo sets (Florence and 5pc fire pit chat)."

(c)     Price lists were continually exchanged and updated per Ashley's requests.

(d)     Sokol provided Bond with Ashley's logo in order to incorporate the logo into the Bond Furniture Products.

(e)     In correspondence dated July 5, 2016, Sokol wrote to Brian Adams, Director of Regulatory Affairs for Ashley, indicating that Jenkins "is **in charge of our program**. . ." and that Jenkins "will answer any questions you may have as we move forward."

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                      14

(f)     In correspondence dated July 6, 2016, Sokol asked Jenkins about whether "we should **shop and compare to what we are working on for <u>our program</u>?**"

(g)     In correspondence dated July 7, 2016, Sokol wrote to Cole Sianko, Vice President of Marketing for Ashley, indicating information from Jenkins "**is from one of <u>our suppliers</u>.**"

(h)     In correspondence dated July 13, 2016, Sokol asked Jenkins about any examples of test results or standards for outdoor upholstery testing that he could share with Ashley's team, stating that **"[t]hey want to understand industry standards."  Jenkins responded that he could provide some sample fabric testing protocols** for Target, BJ's, Ace and Lowe's and a couple actual test reports for reference.  Sokol then asked Jenkins for a contact at BV testing "in case we want to ask them questions?"  Bond subsequently provided Sokol with fabric test protocols and BV and SGS lab contacts.

(i)     In correspondence dated July 10, 2016, Sokol asked Jenkins if any duties are owed "**on the items <u>we are buying from you</u>?**"

(j)     In correspondence dated July 13, 2016, Sokol asked Jenkins about confirmation of the furniture collection names – "**please confirm the collection names we picked up from you…. Florence , Verano, Sorrento, Verano…. are 'clean,' designated for use, and won't appear elsewhere.".**  Bond confirmed that the names are clean in that they are not used by any of Bond's customers.

(k)     Jenkins and Sokol continued to exchange e-mails regarding the names of the products as well as details about the fire products for several weeks.

(l)     In correspondence dated July 13, 2016, Sokol informed Jenkins that they need to use names that Ashley had cleared.  Sokol provided

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

both the name Bond had developed and the applicable name that Ashley wanted for the same products.

(m)     In correspondence dated August 11, 2016, Sokol and Jenkins discussed selling one of the products – the fire pots and glass firestones – through Bond's California fulfillment center to support Ashley's e-commerce sales.

(n)     In correspondence dated August 17, 2016, Sokol informed Jenkins that he spoke to Ashley's source team and that the program will be finalized this coming week with orders sent shortly thereafter, and that Ashley is planning to order 75 products per month to start, with a forecast of 900 products for the first season.

(o)     On or about August 22, 2016, Bond transmitted to Ashley a Vendor Profile and Access Agreement between Bond and Ashley in order to set up Bond as a vendor in Ashley's system.

59.     Mr. Sokol subsequently requested another meeting at Bond's Shenzhen showroom to confirm the final program and to select samples for the Las Vegas Furniture Show ("Las Vegas Market") (www.lasvegasmarket.com). This meeting was set for July 2nd, and Jenkins once again flew to China to attend.  During the nearly seven hour meeting, Sokol selected the Bond samples Ashley wanted for Ashley's rollout of its outdoor furniture line at Las Vegas Market.

60.     Bond made the samples selected by Sokol and shipped them on-time for Ashley's unveiling of its new outdoor line at Las Vegas Market as requested by Sokol.  In addition to providing Bond designed and manufactured product, Bond's in-house design team prepared all the banners, table top signage, and marketing videos Ashley used to promote its new outdoor line at Ashley's unveiling of its new outdoor line at Las Vegas Market.

61.     On July 21, 2016, Sokol provided Jenkins with an excel file with target prices for the cost of Bond's products.  Jenkins responded by stating that the target pricing is far from realistic and looked to be arbitrary.

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                    16

62.     On July 22, 2016, Jenkins emailed Sokol an updated excel file with the "final and best pricing that [Bond] can offer."  Jenkins notes that he was not comfortable "with most of it" but was offering such low pricing based on Sokol's representatons of large sales volumes.  Jenkins also emphasized that Bond has put a great deal into the design, engineering, testing and production of Bond's products to give Ashley's customers the best experience possible.

63.     The parties thereafter continued for the next week or so to engage in discussions regarding pricing of the Bond Furniture Products.

64.     On August 2, 2016, the Bond Furntiure Products were showcased as part of the Ashley Program at the Ashley booth at Las Vegas Market.

65.     Jenkins flew to Las Vegas to attend the August 2nd Las Vegas Market showcasing the Bond Furniture Products as part of Ashley's new outdoor furniture line.

66.     During a meeting at Las Vegas Market on August 2, 2016, in which Jenkins was discussing the unreasonable price points Ashley had set for Ashley's purchase of the Bond Furniture Products, Sokol informed Jenkins that Ashley may manufacture Bond's Furniture Products itself or through other manufacturers in order to get the same product at a lower price.  Sokol did so in an apologetic way because Sokol knew that Ashley was violating the understanding and agreement (refered to herein as the Ashley Program Agreement) that Sokol had made on behalf of Ashley with Bond.

67.     In response to Sokol informing Bond for the first time that Ashley may not honor the Ashley Program Agreement, Jenkins reminded Sokol that while Ashley is free to go elsewhere to manufacture outdoor furniture, it could not use any of Bond's designs for the Bond Furniture Products if that is what Ashley chose to do.  Jenkins also reminded Sokol that the Bond Furniture Products were proprietary to Bond and the subject of patent and copyright protection.  Sokol bluntly responded that "They [referring to Ashley's executive leadership] don't care."

68.     Thereafter, on August 19, 2016, rather than make good on the threat to breach the Ashley Program Agreement, Ashley invited Bond's China team to meet with Ashley representatives at Ashley's Dongguan office for training on Ashley's purchase order process, training that would only be necessary if Ashley was going to honor the Ashley Program

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                                17

1  Agreement and submit purchase orders for Bond Furniture Products.  Thus, this meeting was

2  consistent with Bond's expectation that Ashley would be proceeding with Bond as originally

3  agreed.

4        69.      However, at this training session on August 19th, a member of Bond's China team

5  saw that the factory owner from one of Bond's OEM factories who would be responsible for

6  manufacturing some of the Bond Furniture Products was also in attendance.   When a

7  representative of Bond called this factory owner later to question why he had attended the Ashley

8  training meeting, the factory owner acknowledged that Ashley representatives had contacted him

9  directly to ask that his factory make certain of the Bond Furniture Products for direct delivery to

10  Ashley, thereby cutting Bond out of any transaction in violation of the requirement under the

11  Ashley Program Agreement that Bond be the exclusive manufacturer/supplier of such products.

12        70.      Jenkins subsequently again confronted Sokol about Ashley's intended use of

13  Bond's designs for the the Bond Furniture Products and, despite reminding Sokol that Bond's

14  furniture designs belong to Bond, Sokol again said that "Ashley does not care."

15        71.      Communications between Bond and Ashley thereafter ceased.

16  **Ashley's Infringing Actions**

17        72.      Upon information and belief, on or about January 25, 2017, Ashley began

18  marketing and promoting various furniture products which are direct knock-offs of the Bond

19  Furniture Products (the "Ashley Knock-Off Products").   Attached hereto as **Exhibit A** is a

20  printout of pages from Ashley's website in which Ashley not only offers for sale products that are

21  identical to the Bond Furniture Products, the images of the products are in fact pictures of the

22  Bond Furniture Products, and not products manufactured by Ashley at all.

23        73.      Ashley used photographs and video Sokol took of Bond's products in Bond's

24  showroom and that Bond provided in connection with Ashley's display at Las Vegas Market.

25        74.      Ashley did not inform or seek permission from Bond to wrongfully represent to

26  the public that the products displayed on its website and on the websites of hundreds of Ashley

27  retailers were Ashley products when in fact they were not and Ashley knew they were not Ashley

28  products at the time it put up such images and video.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535

18

75.     Ashley knew it was displaying Bond product without Bond's permission and wrongfully representing and offering it to the public as Ashley product when Ashley knew the product it was offering would not be sourced or provided by Bond and was not an Ashley product.

76.     Ashley intentionally deceived the public that it was providing Bond Furniture Products when it was not in fact offering Bond Furniture Products and had no intention of offering Bond Furniture Products.

77.     Ashley intentionally and wrongfully used images of Bond Furniture Products because Ashley intended to and in fact did slavishly copy the Bond Furniture Products in violation of the agreement Sokol reached on behalf of Ashley that any Bond designed product, including the Bond Furnituer Products, would be exclusively manufactured by Bond—not Ashley—and that Ashley could not do precisely what it in fact did do, knock-off copies of the Bond Furniture Products and deceptively palm them off to the public as their own.

78.     The Ashley Knock-Off Products, while nearly identical in appearance to the Bond Furniture Products, are inferior to the Bond Furniture Products.  They are more cheaply constructed, and use less durable materials.

79.     Attached as **Exhibit B** is a printout from Ashley's Home Store website for the "Hatchlands Fire Pit Table," an Ashley Knock-Off Product of a genuine Bond designed product. In that review, the customer complains that the faux wood plastic and cover of the Ashley Knock-Off is of poor quality, resulting in cracking and chipping.

80.     By displaying the higher quality Bond Furniture Products on its website and the websites of its numerous retailers, Ashley is deceiving the public into believing that the quality of the Ashley Knock-Off Products are equal to that of genuine Bond Furniture Products, when they are not and when Ashley knows they are not and knew they were not at the time Ashley made such false representations.

81.     Ashley is also selling Ashley Knock-Off Products wholesale to numerous third party retail companies.  Attached hereto as **Exhibit C** are printouts of various online retailers marketing and promoting the Ashley Knock-Off Products.

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                      19

1    **Ashley's Pattern and Practice of Knocking Off Products**

2         82.    Bond has subsequently learned that Ashley has a consistent pattern of knocking-

3    off the designs, breaking its contractractual promises and infringing the intellectual property of

4    third party furniture companies.

5         83.    In 2006, Ashley was named in a series of copyright infringement lawsuits for

6    selling bedding products that copied the copyrighted fabric designs of various fabric design

7    companies.  *See Eastern Accents, Inc. et al v. Ashley Furniture Industries, Inc. et al*, Case No. 06-

8    cv-00658−JAB−WWD (M.D. N.C.); *Kingsway Fabrics Inc. et al v. Ashley Furniture Industries,*

9    *Inc. et al*, Case No 06-cv-00839-WLO-WWD (M.D. N.C.); *American Century Home Fabrics,*

10   *Inc. v. Ashley Furniture Industries, Inc. et al*, Case No. 06-cv-10932-JLT (D. Mass.).

11        84.    In 2008, Ashley was accused of trade dress infringement and unfair competition

12   by Casana Furniture Company for selling a line of furniture products that copied Casana's trade

13   dress rights in its furniture products.   *See Casana Furniture Company, Ltd. v. Ashley Furniture*

14   *Industries, Inc.*, Case No. 08-cv-00908-WO-WWD (M.D. N.C.).

15        85.    Ashley has also faced several accusations of trademark infringement in connection

16   with its sales of furniture products.  See *Bogart LLC v. Ashley Furniture Industries Inc et al*, Case

17   No. 10-cv-00039-CDL (M.D. Ga.) (Ashley's use of the trademark BOGART); *Brando*

18   *Enterprises LP v. Ashley Furniture Industries Inc.*, Case No. 11-cv-05997 (C.D. Cal.)  (Ashley's

19   use of the trademark BRANDO).

20        86.    These complaints against Ashley are fully in accord with Sokol's repeated

21   comments to Jenkins when Jenkins learned that Ashley intended to violate its contractual

22   agreement with Bond and wrongfully knock-off Bond's products: "they just don't care."  What

23   Ashley did with Bond appears to be standard operationg procedure.  It is Ashley's practice and

24   custom to blatantly disregard the contractual and intellectual property rights of others, to deceive

25   and steal the creative efforts of others, to deceive the public into believing Ashley is the source of

26   such stolen and knocked off product when it is not, and to deceive others into believing the product

27   produced by Ashley are of similar quality to the product Ashley knocked-off when they are not,

28   all to enrich itself and to harm others.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                       20

## **FIRST CLAIM FOR RELIEF**

### **(Breach of Contract)**

87.     Bond repeats and re-alleges each and every allegation set forth in this complaint as if set forth here in full.

88.     Bond and Ashley entered into an oral contract for Bond to design and develop exclusively for Ashley a line of outdoor furniture products for which Bond would then be the exclusive manufacturer for Ashley.

89.     Bond fully performed all of its duties under the contract between the parties, including the development of a complete line of outdoor furniture products for Ashley.

90.     Ashley has failed to comply with the terms of the contract.

91.     As a direct and proximate result of Ashley's breach of this contract, Bond has been damaged in an amount to be determined at trial.

92.     Bond has been required to retain the services of a law firm to prosecute this action and is entitled to its reasonable costs and attorney's fees for the necessity of bringing this claim.

93.     Based on the intentional, willful and malicious nature of Ashley's conduct, Bond is entitled to recover an award of exemplary or punitive damages in an amount to be proven at trial which is appropriate to punish or set an example of Ashley and to deter such conduct in the future.

## **SECOND CLAIM FOR RELIEF**

### **(Breach of Implied Covenant of Good Faith and Fair Dealing)**

94.     Bond repeats and re-alleges each and every allegation set forth in this complaint as if set forth here in full.

95.     The contract entered into between Bond and Ashley contains an implied covenant of good faith and fair dealing.

96.     Ashley has breached this implied covenant by engaging in conduct that was unfaithful to the purpose of the contract between the parties and which deliberately contravened the intent and spirit of the contract and which interefered with and denied Bond the benefits of the contract.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535

21

97.     As a direct and proximate result of Ashley's breach of the implied covenant of good faith and fair dealing, Bond has been damaged in an amount to be determined at trial.

98.     Bond has been required to retain the services of a law firm to prosecute this action and is entitled to its reasonable costs and attorney's fees for the necessity of bringing this claim.

99.     Based on the intentional, willful and malicious nature of Ashley's conduct, Bond is entitled to recover an award of exemplary or punitive damages in an amount to be proven at trial which is appropriate to punish or set an example of Ashley and to deter such conduct in the future.

### THIRD CLAIM FOR RELIEF

### (Tortious Breach of Implied Covenant of Good Faith and Fair Dealing)

100.     Bond repeats and re-alleges each and every allegation set forth in this complaint as if set forth here in full.

101.     The contract entered into between Bond and Ashley contains an implied covenant of good faith and fair dealing.

102.     Based on the nature of the information provided by Bond to Ashley during the course of the contract, there existed a close level of trust between Ashley and Bond such that Ashley was in an entrusted position with respect to the information provided by Bond to Ashley.

103.     Ashley has breached this implied covenant by engaging in conduct that was unfaithful to the purpose of the contract between the parties and which deliberately contravened the intent and spirit of the contract and which interefered with and denied Bond the benefits of the contract.

104.     Ashley knew or should have known that it had no reasonable basis for not performing under the contract at the time of Ashley's breach.

105.     Ashley's breach of the implied covenant of good faith and fair dealing was a substantial factor in causing damage to Bond in an amount to be determined at trial.

106.     Bond has been required to retain the services of a law firm to prosecute this action and is entitled to its reasonable costs and attorney's fees for the necessity of bringing this claim.

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                          22

107.    Based on the intentional, willful and malicious nature of Ashley's conduct, Bond is entitled to recover an award of exemplary or punitive damages in an amount to be proven at trial which is appropriate to punish or set an example of Ashley and to deter such conduct in the future.

### FOURTH CLAIM FOR RELIEF

### (Unjust Enrichment)

108.    Bond repeats and re-alleges each and every allegation set forth in this complaint as if set forth here in full.

109.    Bond spent a great amount of time, money, and resources to develop the Bond Furniture Products for Ashley, including turning over samples of all such products to Ashley along with proprietary confidential information relating to specifications, manufacturing, regulatory compliance, and shipping of such products.

110.    The sample products and related proprietary confidential information were not provided gratuitously to Ashley and the parties understood that compensation would be paid to Bond in the form of Ashley's agreement to purchase such outdoor furniture products from Bond.

111.    Ashley took all of the sample products and related proprietary confidential information and used such information for its own commercial benefit to manufacture from a different source copies of all of the proprietary outdoor furniture products developed by Bond.

112.    By retaining Bond's sample products and related proprietary confidential information and using such information to manufacture copies of the Bond Furniture Products, Ashely has been unjustly enriched in, and thus Bond is entitled to recover, an amount to be determined at trial.

113.    Bond has been required to retain the services of a law firm to prosecute this action and is entitled to its reasonable costs and attorney's fees for the necessity of bringing this claim.

114.    Based on the intentional, willful and malicious nature of Ashley's conduct, Bond is entitled to recover an award of exemplary or punitive damages in an amount to be proven at trial which is appropriate to punish or set an example of Ashley and to deter such conduct in the future.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                             23

**FIFTH CLAIM FOR RELIEF**

**(Conversion)**

115.     Bond repeats and re-alleges each and every allegation set forth in this Complaint as if set forth here in full.

116.     Ashley has wrongfully and intentionally and/or negligently converted property, including but not limited to product designs and related proprietary confidential information which rightfully belongs to Bond.

117.     Ashley has wrongfully exerted dominion over Bond's property in derogation and defiance of Bond's rights.

118.     Because of Ashley's conversion, Bond has been damaged in an amount to be determined at trial.

119.     Bond has been required to retain the services of a law firm to prosecute this action and is entitled to its reasonable costs and attorneys' fees for the necessity of bringing this claim.

120.     Based on the intentional, willful and malicious nature of Ashley's conduct, Bond is entitled to recover an award of exemplary or punitive damages in an amount to be proven at trial which is appropriate to punish or set an example of Ashley and to deter such conduct in the future.

**SIXTH CLAIM FOR RELIEF**

**(Intentional Misrepresentation / Fraud)**

121.     Bond repeats and re-alleges each and every allegation set forth in this complaint as if set forth here in full.

122.     Ashley represented to Bond that, in return for Bond's development of an exclusive line of outdoor furniture products for Ashley, Bond would be the exclusive manufacturer of such products for Ashley.

123.     Ashley made such representations in order to induce Bond to develop the Bond Furniture Products for Ashley.

/ / /

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                          24

124.     Given the facts above, including Ashley's clear pattern and practice of knocking-off furniture designs of third parties, Ashley knew that its representations to Bond were false and/or made them with reckless disregard as to their truth or falsity.

125.     Ashley made such representations to induce Bond's reliance on such material misrepresentations and/or omissions.

126.     Bond justifiably relied on Ashley's misrepresentations and/or omissions.

127.     As a direct consequence of Ashley's conduct, Bond has been damaged in an amount to be determined at trial.

128.     Bond has been required to retain the services of a law firm to prosecute this action and is entitled to its reasonable costs and attorneys' fees for the necessity of bringing this action.

129.     Based on the intentional, willful and malicious nature of Ashley's conduct, Bond is entitled to recover an award of exemplary or punitive damages in an amount to be proven at trial which is appropriate to punish or set an example of Ashley and to deter such conduct in the future.

## SEVENTH CLAIM FOR RELIEF

### (Negligent Misrepresentation)

130.     Bond repeats and re-alleges each and every allegation set forth in this complaint as if set forth here in full.

131.     Ashley falsely represented to Bond that, in return for Bond's development of an exclusive line of outdoor furniture products for Ashley, Bond would be the exclusive manufacturer of such products for Ashley.

132.     Ashley failed to exercise reasonable care or competence regarding its representations to Bond.

133.     Ashley made such representations to guide Bond in its business transactions with Ashley relative to the Bond Furniture Products that Bond developed.

134.     Bond justifiably relied on Ashleys' misrepresentations and/or omissions.

135.     As a direct consequence of Ashley's conduct, Bond has been damaged in an amount to be determined at trial.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                25

136.    Bond has been required to retain the services of a law firm to prosecute this action and is entitled to its reasonable costs and attorneys' fees for the necessity of bringing this action.

### EIGHTH CLAIM FOR RELIEF

### (Misappropriation of Trade Secret)

137.    Bond repeats and re-alleges each and every allegation set forth in this complaint as if set forth here in full.

138.    During the course of the parties' business relationship, Bond provided Ashley with proprietary confidential information relating to the designs, specifications, manufacturing, regulatory compliance, and shipping of the Bond Furniture Products ("Confidential Information").

139.    The Confidential Information reflects information that has independent economic value from not being generally known to (and not being readily ascertainable by proper means) by the public or any other persons who can obtain commercial or economic value from its disclosure or use and which was the subject of reasonable efforts by Bond to maintain its secrecy.

140.    Ashley obtained the Confidential Information from Bond under circumstances where Ashley had a duty to maintain its secrecy and/or limit its use, including, without limitation, as part of the Ashley Program Agreement between the parties not to use, commercialize, or disclose the Bond Confidential Information except under such Agreement.

141.    Upon information and belief, Ashley has disclosed and/or used the Confidential Information without the express or implied consent of Bond.

142.    Pursuant to NRS 600A.050(1) and (2), Bond are entitled to recover actual damages, profits that Ashley may have unjustly gained through use of Bond's trade secrets, and exemplary damages, in an amount to be determined at trial.

143.    Because Ashley willfully misappropriated Bond's trade secrets, Bond is also entitled to attorneys' fees pursuant to NRS 600A.060.

/ / /

/ / /

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                             26

144.     As a direct and proximate result of Ashley's actions complained of herein, and the ongoing direct results of those actions, Bond has suffered, and unless enjoined by this Court, will continue to suffer, irreparable injury and other damage to Bond's business for which Bond has no adequate remedy at law.

### NINTH CLAIM FOR RELIEF

### (Misappropriation of Licensable Commercial Properties)

145.     Bond repeats and re-alleges each and every allegation set forth in this complaint as if set forth here in full.

146.     Bond has invested significant time, effort, and money in creating and developing product designs and related intellectual property associated with the Bond Furniture Products (the "Commercial Properties").

147.     Bond has licensed and continues to license the Commercial Properties to companies that desire to sell furniture products using Bond's Commerical Properties.

148.     Ashley has misappropriated the Commercial Properties by using the Commercial Properties to create competiting furniture products which Ashley intends to distribute and sell to third parties for Ashley's enrichment without appropriate compensation to Bond.

149.     As a direct consequence of Ashley's conduct, Bond has been damaged in an amount to be determined at trial.

150.     As a direct and proximate result of Ashley's actions complained of herein, and the ongoing direct results of those actions, Bond has suffered, and unless enjoined by this Court, will continue to suffer, irreparable injury and other damage to Bond's business for which Bond has no adequate remedy at law.

151.     Bond has been required to retain the services of a law firm to prosecute this action and is entitled to its reasonable costs and attorneys' fees for the necessity of bringing this action.

152.     Based on the intentional, willful and malicious nature of Ashley's conduct, Bond is entitled to recover an award of exemplary or punitive damages in an amount to be proven at trial which is appropriate to punish or set an example of Ashley and to deter such conduct in the future.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                        27

## TENTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

153. Bond repeats and re-alleges each and every allegation set forth in this complaint as if set forth here in full.

154. By virtue of the acts complained of herein, Ashley has unfairly competed with Plaintiff in violation of the common law of the State of Nevada.

155. As a direct consequence of Ashleys' unfair competition, Bond has been damaged in an amount to be determined at trial.

156. As a direct and proximate result of Ashley's actions complained of herein, and the ongoing direct results of those actions, Bond has suffered, and unless enjoined by this Court, will continue to suffer, irreparable injury and other damage to Bond's business for which Bond has no adequate remedy at law.

157. Bond has been required to retain the services of a law firm to prosecute this action and is entitled to its reasonable costs and attorneys' fees for the necessity of bringing this action.

158. Based on the intentional, willful and malicious nature of Ashley's conduct, Bond is entitled to recover an award of exemplary or punitive damages in an amount to be proven at trial which is appropriate to punish or set an example of Ashley and to deter such conduct in the future.

## ELEVENTH CLAIM FOR RELIEF

### (Deceptive Trade Practices Under Nevada Law)

159. Bond repeats and re-alleges each and every allegation set forth in this complaint as if set forth here in full.

160. Ashley's activities as set forth herein constitute deceptive trade practices in violation of Nev. Rev. Stat. §§ 41.600 and 598.0915, et. seq.

161. As a direct consequence of Ashleys' deceptive trade practices, Bond has been damaged in an amount to be determined at trial.

162. As a direct and proximate result of Ashley's actions complained of herein, and the ongoing direct results of those actions, Bond has suffered, and unless enjoined by this Court, will

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535

28

1    continue to suffer, irreparable injury and other damage to Bond's business for which Bond has no

2    adequate remedy at law.

3         163.   Bond is entitled to recover from Ashley treble damages as well as all costs and

4    expenses, including its reasonable attorneys' fees, pursuant to Nev. Rev. Stat. §§ 41.600 and

5    598.0999.

6                          **TWELFTH CLAIM FOR RELIEF**

7                               **(Civil Conspiracy)**

8         164.   Bond repeats and re-alleges each and every allegation set forth in this complaint

9    as if set forth here in full.

10        165.   Ashley and its officers, directors, and/or agents (including without limitation

11   Sokol), have acted in concert with each other to achieve certain unlawful objectives for the

12   purpose of harming Bond as detailed in the aforementioned paragraphs, including, without

13   limitation, breach of the Ashley Program Agreement, tortious breach of the implied covenant of

14   good faith and fair dealing, intentional misrepresentation, conversion, misappropriation of trade

15   secrets, and unjust enrichment.

16        166.   As a direct consequence of Ashley's conduct, Bond has been damaged in an

17   amount to be determined at trial.

18        167.   Bond has been required to retain the services of a law firm to prosecute this action

19   and is entitled to its reasonable costs and attorneys' fees for the necessity of bringing this action.

20        168.   As a direct and proximate result of Ashley's actions complained of herein, and the

21   ongoing direct results of those actions, Bond has suffered, and unless enjoined by this Court, will

22   continue to suffer, irreparable injury and other damage to Bond's business for which Bond has no

23   adequate remedy at law.

24        169.   Based on the intentional, willful and malicious nature of Ashley's conduct, Bond

25   is entitled to recover an award of exemplary or punitive damages in an amount to be proven at

26   trial which is appropriate to punish or set an example of Ashley and to deter such conduct in the

27   future.

28   / / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                    29

1

2

### THIRTEENTH CLAIM FOR RELIEF

### (Violations of Nevada RICO, NRS §207.400(j))

3      170.    Bond repeats and re-alleges each and every allegation set forth in this complaint

4   as if set forth here in full.

5      171.    By the above actions, Ashley has committed the following crimes related to

6   racketeering: (1) engaging in multiple transactions involving fraud or deceit in the course of an

7   enterprise or occupation; and (2) taking property from another under circumstances not amounting

8   to robbery.

9      172.    Bond did not participate in Ashley's racketeering violations.

10     173.    As a direct consequence of Ashley's conduct, Bond has been damaged in an

11  amount to be determined at trial.

12     174.    Pursuant to NRS §207.470, Bond is entitled to receive treble damages

13     175.    Bond has been required to retain the services of a law firm to prosecute this action

14  and is entitled to its reasonable costs and attorney's fees for the necessity of bringing this action.

15

16                              ### DEMAND FOR TRIAL BY JURY

17     Plaintiff Bond hereby demands a trial by jury on all issues so triable.

18

19                                  ### PRAYER FOR RELIEF

20     WHEREFORE, Bond prays for judgment against Defendant as follows:

21  A.     A judgment against Defendant and in favor of Bond in an amount in excess of

22         $75,000, on all claims set forth in this Complaint;

23  B.     A preliminary and permanent injunction enjoining Defendant, and all persons in

24         active concert or participation with Defendant, including all distributors and

25         retailers, from any further acts of infringement or use of the Bond Copyrights and

26         Trade Secrets.

27  C.     An order awarding Bond compensaroty and consequential damages for all claims

28         as set forth in this Complaint.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                    30

1   D.   An order awarding Bond exemplary and punitive damages.

2   E.   An order awarding Bond treble damages in connection with Bond's RICO claim.

3   F.   An order awarding Bond its costs of suit, attorney's fees, and interest on all

4        damages;

5   G.   An order awarding Bond such other relief as the Court may deem ust and proper.

6

7   Dated this 30th day of May, 2017.

8                                         **WEIDE & MILLER, LTD.**

9

10   By:  */s/ F. Christopher Austin*
         F. Christopher Austin

11       caustin@weidemiller.com
         Ryan Gile

12       rgile@weidemiller.com
         Bank of Nevada Bldg., 5th Floor

13       7251 W. Lake Mead Blvd., Ste. 530
         Las Vegas, NV 89128

14
         Attorneys for Plaintiff *Bond Manufacturing*

15       *Co., Inc., a California corporation*

16

17

18

19

20

21

22

23

24

25

26

27

28

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0535                                        31

# EXHIBIT A

# EXHIBIT A

 Ashley
HOMESTORE

(https://stores.ashleyfurniturehomestore.com)  (/cart/viewcart)

★ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

🔶 **HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/)  ›  SearchPage

There are(6)PRODUCTSmatching your search: "hatchlands"

Narrow By

Sort Results

📍 Your Delivery Zip Code **89128 ( Change )**





**Hatchlands Patio Heater**
(/P/Hatchlands-Patio-Heater/P015-905/)

**Hatchlands Table Top Fire Bowl**
(/P/Hatchlands-Table-Top-Fire-Bowl/P015-913/)

View Details
(/P/Hatchlands-Patio-Heater/P015-905/)

View Details
(/P/Hatchlands-Table-Top-Fire-Bowl/P015-913/)

SIGN UP FOR SPECIAL
OFFERS & LATEST TRENDS

type your email...

 Sign Up



### Hatchlands Tank Storage Box
(/P/Hatchlands-Tank-Storage-Box/P015-907/)

View Details
(/P/Hatchlands-Tank-Storage-Box/P015-907/)

### Hatchlands Fire Pit Table
(/P/Hatchlands-Fire-Pit-Table/P015-773/)

View Details
(/P/Hatchlands-Fire-Pit-Table/P015-773/)





### Hatchlands Fire Pit Table
(/P/Hatchlands-Fire-Pit-Table/P015-772/)

View Details
(/P/Hatchlands-Fire-Pit-Table/P015-772/)

### Hatchlands Patio Heater
(/P/Hatchlands-Patio-Heater/P015-900/)

View Details
(/P/Hatchlands-Patio-Heater/P015-900/)

Showing items 1-6 of 6

Sign Up Now For The Latest Offers, Sales And Tips.

Enter your email address    Sign Up

Financing



**The Ashley Advantage™ Credit Card**
offers style & value with
convenient payments. Learn More (//financing)

SIGN UP FOR SPECIAL
OFFERS & LATEST TRENDS



Ashley
HOMESTORE

(https://stores.ashleyfurniturehomestore.com)   (/cart/view cart)

⭐ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

**HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/)  >  SearchPage

There are(4)PRODUCTSmatching your search: "peachstone"

Narrow By

Sort Results

📍 Your Delivery Zip Code **89128 ( Change )**



**Peachstone Chair with Cushion (Set of 2)**
(/P/Peachstone-Chair-With-Cushion-Set-Of-/P655-601a/)

View Details
(/P/Peachstone-Chair-With-Cushion-Set-Of-/P655-601a/)



**Peachstone Square Fire Pit Table**
(/P/Peachstone-Square-Fire-Pit-Table/P655-772/)

View Details
(/P/Peachstone-Square-Fire-Pit-Table/P655-772/)



**Peachstone Fire Column**
(/P/Peachstone-Fire-Column/P655-901/)

View Details
(/P/Peachstone-Fire-Column/P655-901/)



**Peachstone Patio Heater**
(/P/Peachstone-Patio-Heater/P655-900/)

View Details
(/P/Peachstone-Patio-Heater/P655-900/)

Showing items 1-4 of 4



SIGN UP FOR SPECIAL OFFERS & LATEST TRENDS

type your email...

Sign Up

**Ashley** HOMESTORE (/)

(https://stores.ashleyfurniturehomestore.com)  (/cart/view/cart)

⭐ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

**HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

**Home (/)** > SearchPage

There are(4)PRODUCTSmatching your search: "predmore"

Narrow By

Sort Results

📍 Your Delivery Zip Code **89128 ( Change )**



**Predmore Swivel Lounge Chair (Set of 2)**
(/P/Predmore-Swivel-Lounge-Chair-Set-Of-/P324-821/)

View Details
(/P/Predmore-Swivel-Lounge-Chair-Set-Of-/P324-821/)



**Predmore Fire Pit Table**
(/P/Predmore-Fire-Pit-Table/P324-776/)

View Details
(/P/Predmore-Fire-Pit-Table/P324-776/)



**Predmore 3-Piece Chat Fire Pit Set**
(/P/Predmore--Piece-Chat-Fire-Pit-Set/Apg-P324-3p/)

View Details
(/P/Predmore--Piece-Chat-Fire-Pit-Set/Apg-P324-3p/)



**Predmore 5-Piece Chat Fire Pit Set**
(/P/Predmore--Piece-Chat-Fire-Pit-Set/Apg-P324-5p/)

View Details
(/P/Predmore--Piece-Chat-Fire-Pit-Set/Apg-P324-5p/)

Showing items 1-4 of 4



SIGN UP FOR SPECIAL OFFERS & LATEST TRENDS

type your email...

**Sign Up**

(https://stores.ashleyfurniturehomestore.com)   (/cart/viewcart)

★ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

⛩ **HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/) › Outdoor (/C/Outdoor/) › Patio Accessories (/C/Outdoor/Patio-Accessories/) › Fire Pits & Tables (/C/Outdoor/Patio-Accessories/Fire-Pits-And-Tables/) ›
Hatchlands Fire Pit Table










## Hatchlands Fire Pit Table

★★★★★

Write a review

~~$799.99~~ SALE

$559.99

 Ashley In-Home Delivery

**Color : Brown/Gray**

**Quantity:**

`1`

Add to Cart    Save for Later

## Details

Enjoy hours of rustic warmth seated around the Hatchlands fire pit table. The oversized rectangular design has all the appearances of richly grained wood, but is actually a carefree all-weather composite you'll enjoy gathering around for years. Low profile puts the adjustable propane flame at the right height. Included burner cover transforms the fire table into an expansive coffee table.

- Fiberglass and resin composite with look of wood
- Cut-out side handles
- Heavy-duty steel frame
- CSA-approved 50,000 BTU stainless steel burner
- Lava rock, burner cover and all-weather polyester cover
- Battery-operated ignition system with adjustable flame control; battery included
- 10 ft. hose connects to exterior gas propane tank (not included)
- Convertible to natural gas
- Arrives assembled

## Dimensions

- Width: 54"  • Depth: 20"  • Height: 18"  • Weight: 144.46lbs

**View more dimensions and info**

**My Closest Store**
89128 (change)



**Ashley Furniture HomeStore**
9200 W Sahara Ave
Las Vegas, NV 89117
702-656-4663


/203969/172.png

**OPEN TODAY UNTIL 9:00PM**
Get directions (//www.bing.com/maps/default.aspx?where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

Local store prices and products may vary by location. Prices displayed in USD Only.

## Financing



(/financing?icid=PDP-banner)

Learn more about

Offers & Details
Shopping
Returns
Warranty Information
Care & Cleaning

## Assembly Instructions

 Download

## Complete the Set







**Hatchlands Fire Pit Table**

★★★★★

~~$899.99~~ SALE

$629.99

**Hatchlands Table Top Fire Bowl**

★★★★★

~~$279.99~~ SALE

$195.99

**Hatchlands Tank Storage Box**

★★★★★

~~$150.00~~ SALE

$105.00

## You May Also Like



**Salceda Lounge Chair w/Cushion**

★★★★★

~~$349.99~~ SALE

$262.49

 (/p/home-accents-aq
(/p/home-accents-aq
(/p/home-accents-aq
(/p/home-accents-aq
(/p/home-accents-aq

**Home Accents Aqua Shield 2' x 3' Br...**

**Dedura 7'10" x 10'10" Rug**

★★★★★

~~$300.00~~ SALE

$210.00

**Partanna Motion Loveseat (Set of 2)**

★★★★★

~~$1400.00~~ SALE

$1050.00

 Authentic Reviews

## Reviews

★★★★★

Be the first to review this product

## Recently Viewed



# Ashley
## HOMESTORE

(/) Search
Men

(https://stores.ashleyfurniturehomestore.com) (/cart/view cart)

★ UP TO 30% OFF* SITEWIDE EXTENDED » (/c/sale/featured?icid=GN-Text-L)

🔧 HUGE SAVINGS ON ROOM PACKAGES » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ UP TO 75% OFF* CLOSEOUTS! » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/)   >   Outdoor (/C/Outdoor/)   >   Patio Accessories (/C/Outdoor/Patio-Accessories/)   >   Fire Pits & Tables (/C/Outdoor/Patio-Accessories/Fire-Pits-And-Tables/)   >   Hatchlands Fire Pit Table



    

# Hatchlands Fire Pit Table

★★☆☆☆ 2.0 | (1)

Write a review

~~$899.99~~ SALE

$629.99

Ashley In-Home Delivery

**Color : Brown/Gray**

**Quantity:**

1

Add to Cart     Save for Later

## Details

The Hatchlands fire pit table mirrors the rustic ambience of the great outdoors. Oversized square design has the look of richly grained wood, with none of the splintering qualities. Included burner cover transforms the fire table into an expansive coffee table.

- Fiberglass and resin composite with look of wood
- Cut-out side handles
- Heavy-duty steel frame
- CSA-approved 50,000 BTU stainless steel burner
- Lava rock, burner cover and all-weather polyester cover
- Battery-operated ignition system with adjustable flame control; battery included
- Side door conceals gas propane tank (not included)
- Convertible to natural gas
- Arrives assembled

## Dimensions

- Width: 34.75"  • Depth: 34.75"  • Height: 24.25"  • Weight: 165.45lbs

**View more dimensions and info**

**My Closest Store**
89128 (change)



**Ashley Furniture HomeStore**
9200 W Sahara Ave
Las Vegas, NV 89117
702-656-4663


**OPEN TODAY UNTIL 9:00PM**

Get directions (//www.bing.com/maps/default.aspx?
where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

Local store prices and products may vary by location. Prices displayed in USD Only.

## Financing



(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning

## Assembly Instructions

 Download

Complete the Set







**Hatchlands Fire Pit Table**

★★★★★

~~$799.99~~ SALE

$559.99

**Hatchlands Table Top Fire Bowl**

★★★★★

~~$279.99~~ SALE

$195.99

**Hatchlands Tank Storage Box**

★★★★★

~~$150.00~~ SALE

$105.00

You May Also Like



# Ashley
## HOMESTORE



**UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

**HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

**UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/)  >  Outdoor (/C/Outdoor/)  >  Patio Accessories (/C/Outdoor/Patio-Accessories/)  >  Heaters (/C/Outdoor/Patio-Accessories/Heaters/)  >  Hatchlands Patio Heater





## Hatchlands Patio Heater

★★★★★

Write a review

~~$899.99~~ SALE

$629.99

 Ashley In-Home Delivery

**Color : Brown/Gray**

**Quantity:**

1

Add to Cart      Save for Later

## Details

Enjoy the rustic warmth and enduring performance of the Peachstone outdoor heater. Simply press the button to ignite a stream of flames dancing inside the cylinder top. A cool-touch powdercoated steel grid adds a measure of protection while family and guests bask in toasty comfort.

- Patio gas heater
- Heavy-duty powdercoated steel frame with fiberglass and resin composite base
- CSA-approved 46,000 BTU burner
- Battery-operated ignition system with adjustable flame control; battery included
- Side door conceals gas propane tank (not included)
- Assembly required

## Dimensions

- Width: 21.25"  •  Depth: 21.25"  •  Height: 74.5"  •  Weight: 135.9lbs

**View more dimensions and info**

**My Closest Store**

89128 (change)



**Ashley Furniture HomeStore**

9200 W Sahara Ave

Las Vegas, NV 89117

702-656-4663



Get directions (//www.bing.com/maps/default.aspx?
where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

---

Local store prices and products may vary by location. Prices displayed in USD Only.

---

## Financing



(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning

## Assembly Instructions

 **Download**



## Reviews



Be the first to review this product

# Recently Viewed









**Hatchlands Patio Heater**

★★★★★

~~$599.99~~ SALE

$419.99

**Predmore 3-Piece Chat Fire Pit Set**

★★★★★

~~$899.99~~ SALE

$674.99

**Hatchlands Table Top Fire Bowl**

★★★★★

~~$279.99~~ SALE

$195.99

**Hatc Pit Ta**

★★

~~$799~~

$55

(/p/hatchlands-patio-heater/p015/905/) (/p/predmore--piece-chat-fire-pit-set/watch/3324-3a/) (/p/hatchlands-table-top-fire-bowl/p015c91)

We LOVE style! Hashtag #MyAshleyHome on instagram. Full gallery here (http://www.ashleyfurniturehomestore.com/myashleyhome).

Sign Up Now For The Latest Offers, Sales And Tips.

Enter your email address      Sign Up

Financing





# Ashley
## HOMESTORE

(https://stores.ashleyfurniturehomestore.com)  (/cart/viewcart)

★ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

🔨 **HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/)  >  Outdoor (/C/Outdoor/)  >  Patio Accessories (/C/Outdoor/Patio-Accessories/)  >  Heaters (/C/Outdoor/Patio-Accessories/Heaters/)  >  Hatchlands Patio Heater









## Hatchlands Patio Heater

★★★★★

Write a review

~~$599.99~~ SALE

$419.99

 Ashley In-Home Delivery

**Color : Brown**

**Quantity:**

1

Add to Cart      Save for Later

## Details

Enjoy immediate toasty warmth in any season with this patio outdoor heater. Encased in glass and a cool-touch steel grid, the heater offers one-touch ignition and multiple settings, allowing you to customize the golden glow coursing through the tower. Wheeled base rolls easily to wherever you like.

- Patio gas heater
- Heavy-duty powdercoated steel frame
- Wheeled base
- Touch-safe borosilicate glass column
- CSA-approved 46,000 BTU burner
- Battery-operated ignition system with adjustable flame control; battery included
- Access door conceals gas propane tank (not included)
- Assembly required

## Dimensions

- Width: 21"  • Depth: 21"  • Height: 75"  • Weight: 80.86lbs

**View more dimensions and info**

**My Closest Store**
89128 (change)



**Ashley Furniture HomeStore**
9200 W Sahara Ave
Las Vegas, NV 89117
702-656-4663

## OPEN TODAY UNTIL 9:00PM

Get directions (//www.bing.com/maps/default.aspx?
where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

Local store prices and products may vary by location. Prices displayed in USD Only.

## Financing



(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning

## Assembly Instructions

 Download

You May Also Like









**Hatchlands Table Top Fire Bowl**

★★★★★

~~$279.99~~ SALE

$195.99

**Hatchlands Fire Pit Table**

★★★★★

~~$899.99~~ SALE

$629.99

**Hatchlands Fire Pit Table**

★★★★★

~~$799.99~~ SALE

$559.99

**Peachs Fire Pit**

★★★

~~$799.9~~

$599.



## Reviews

★★★★★

Be the first to review this product

# Recently Viewed









**Predmore 3-Piece Chat Fire Pit Set**

★★★★★

$899.99 SALE

$674.99

**Hatchlands Table Top Fire Bowl**

★★★★★

$279.99 SALE

$195.99

**Hatchlands Fire Pit Table**

★★★★★

$799.99 SALE

$559.99

**Hatc... Pit Ta...**

★★...

$899...

$62...

(/p/predmore--piece-chat-fire-pit/spthatchp324-3p0)e-top-fire-bowl/(p085e913r)ds-fire-pit-table/p015(/p8altchl...

We LOVE style! Hashtag #MyAshleyHome on instagram. Full gallery here (http://www.ashleyfurniturehomestore.com/myashleyhome).

Sign Up Now For The Latest Offers, Sales And Tips.

Enter your email address     Sign Up

---

Financing



**The Ashley Advantage™ Credit Card**
offers style & value with
convenient payments. Learn More (/financing)

---



(../../) Search
Men

**Ashley** HOMESTORE®

✉ 🔍 📍 (https://stores.ashleyfurniturehomestore.com)   🛒 (/cart/viewcart)

⭐ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

🪑 **HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

💲 **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/)  ›  Outdoor (/C/Outdoor/)  ›  Patio Accessories (/C/Outdoor/Patio-Accessories/)  ›  Fire Pits & Tables (/C/Outdoor/Patio-Accessories/Fire-Pits-And-Tables/)  ›  Hatchlands Table Top Fire Bowl










# Hatchlands Table Top Fire Bowl

★★★★★

Write a review

~~$279.99~~ SALE

$195.99

 Ashley In Home Delivery

**Color : Brown**

**Quantity:**

1

Add to Cart      Save for Later

## Details

Enjoy dinner and a show with the Hatchlands tabletop fire bowl. Sleek rectangular design sits atop any dining or bar table with an umbrella hole of at least 1.5" diameter. Highly durable craftsmanship endures exposure to the elements. Included 10 ft. hose connects the fire bowl to a propane gas source.

- Tabletop gas fire bowl
- Heavy-duty powdercoated steel frame
- Touch-safe tempered glass sides
- Lava rocks included
- CSA-approved 40,000 BTU burner
- Battery-operated ignition system with adjustable flame control; battery and 10 ft. gas connector hose included
- Utilizes gas propane tank (not included)
- Assembly required

## Dimensions

- Width: 28"  •  Depth: 8.5"  •  Height: 12.25"  •  Weight: 28.3lbs

**View more dimensions and info**

### My Closest Store

89128 (change)



**Ashley Furniture HomeStore**

9200 W Sahara Ave

Las Vegas, NV 89117

702-656-4663


## OPEN TODAY UNTIL 9:00PM

Get directions (//www.bing.com/maps/default.aspx?
where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

---

Local store prices and products may vary by location. Prices displayed in USD Only.

---

## Financing



(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning

## Assembly Instructions

 Download

---

# Complete the Set



**Hatchlands Tank Storage Box**



~~$150.00~~ SALE

$105.00



**Hatchlands Fire Pit Table**



~~$899.99~~ SALE

$629.99



**Hatchlands Fire Pit Table**



~~$799.99~~ SALE

$559.99

You May Also Like



**Ashley HOMESTORE**

(../../) Search
Men

(https://stores.ashleyfurniturehomestore.com)   (/cart/viewcart)

★ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

**HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/) > Outdoor (/C/Outdoor/) > Patio Accessories (/C/Outdoor/Patio-Accessories/) > Fire Pits & Tables (/C/Outdoor/Patio-Accessories/Fire-Pits-And-Tables/) > Hatchlands Tank Storage Box



    

# Hatchlands Tank Storage Box

★★★★★

Write a review

~~$150.00~~ SALE

$105.00

 Ashley In-Home Delivery

**Color : Brown/Gray**

**Quantity:**

1

Add to Cart     Save for Later

## Details

Coordinate your fire pit and other propane-fueled accents with the rest of your stylish outdoor space. The Hatchlands propane tank storage box has the look of richly grained wood, plus it doubles as a handy outdoor accent table or plant stand, while concealing a propane gas tank.

- Versatile gas tank storage cover
- Fiberglass and resin composite with look of wood
- Cut-out side handles
- Protective weather cover
- Heavy-duty steel frame
- Conceals gas propane tank (not included)

## Dimensions

- Width: 15.75"  • Depth: 15.75"  • Height: 20"  • Weight: 44.92lbs

**View more dimensions and info**

**My Closest Store**
89128 (change)



**Ashley Furniture HomeStore**
9200 W Sahara Ave
Las Vegas, NV 89117
702-656-4663

/203969/172.png

Get directions (//www.bing.com/maps/default.aspx?
where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

---

Local store prices and products may vary by location. Prices displayed in USD Only.

---

## Financing



(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning

## Assembly Instructions

 Download

---

## Complete the Set



### Hatchlands Fire Pit Table



 $899.99 SALE

$629.99



### Hatchlands Fire Pit Table

☆☆☆☆☆

$799.99 SALE

$559.99



### Hatchlands Table Top Fire Bowl

☆☆☆☆☆

$279.99 SALE

$195.99

## You May Also Like



★ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

🪑 **HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/) > Outdoor (/C/Outdoor/) > Outdoor Dining (/C/Outdoor/Outdoor-Dining/) > Outdoor Dining Chairs (/C/Outdoor/Outdoor-Dining/Outdoor-Dining-Chairs/) > Peachstone Chair With Cushion (Set Of 2)



    

# Peachstone Chair with Cushion (Set of 2)

★★★★★

Write a review

~~$550.00~~ SALE

$412.50

 Ashley In Home Delivery

**Color : Beige/Brown**

**Quantity:**

1

Set of 2

Add to Cart      Save for Later

## Details

The Peachstone outdoor dining chair has the woodsy look you love with none of the worries about deteriorating in the outdoor air. All-weather Nuvella™ cushion stays bright looking in every climate and secures easily to the chair frame.

- Includes 2 cushioned dining chairs
- All-weather rust-resistant aluminum frame
- Powdercoated finish for extra durability
- Nuvella™ reversible zippered cushion with Velcro® ties is 100% solution-dyed polyester for lasting colorfastness
- All-weather foam cushion core wrapped in soft polyester
- Clean fabric with mild soap and water, let air dry; for stubborn stains, use a solution of 1 cup bleach to 1 gallon water
- Imported fabric and fill
- Arrives assembled

## Dimensions

- Width: 25.75"  •  Depth: 26.5"  •  Height: 34"  •  Weight: 67lbs

**View more dimensions and info**

**My Closest Store**

89128 (change)



**Ashley Furniture HomeStore**

9200 W Sahara Ave

702-656-4663



## OPEN TODAY UNTIL 9:00PM

Get directions (//www.bing.com/maps/default.aspx?
where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

---

Local store prices and products may vary by location. Prices displayed in USD Only.

---

## Financing



(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning

## Assembly Instructions

 Download



## Reviews

★★★★★

Be the first to review this product

## Recently Viewed



**Hatchlands Patio Heater**

★★★★★

~~$899.99~~ SALE

$629.99

**Hatchlands Patio Heater**

★★★★★

~~$599.99~~ SALE

$419.99

**Predmore 3-Piece Chat Fire Pit Set**

★★★★★

~~$899.99~~ SALE

$674.99

**Hatc... Top ...**

★★...

~~$279...~~

$19...

(/p/hatchlands-patio-heater/p015/900a) (/p/hatchlands-patio-heater/p015/905a) (/p/predmore--piece-chat-fire-pit/...) (/p/hatc...)

We LOVE style! Hashtag #MyAshleyHome on instagram. Full gallery here (http://www.ashleyfurniturehomestore.com/myashleyhome).

Sign Up Now For The Latest Offers, Sales And Tips.

Enter your email address        **Sign Up**



(/) Search Menu

✉ 🔍 📍 (https://stores.ashleyfurniturehomestore.com)

🛒 (/cart/view cart)

★ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

🏮 **HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/)  >  Outdoor (/C/Outdoor/)  >  Patio Furniture (/C/Outdoor/Patio-Furniture/)  >  Tables (/C/Outdoor/Patio-Furniture/Tables/)  >  Peachstone Fire Column










## Peachstone Fire Column

★★★★★

Write a review

~~$449.99~~ SALE

## $337.49

 Ashley In-Home Delivery

**Color : Beige/Brown**

**Quantity:**

1

Add to Cart          Save for Later

## Details

Enjoy the rustic warmth and enduring performance of the Peachstone outdoor fire table. The square compact design has all the appearances of richly grained wood, but is actually a carefree all-weather composite you'll enjoy gathering around for years. Included burner cover transforms the fire table into a convenient end table.

- 20" square gas fire pit
- Fiberglass resin composite with look of wood
- Cut-out side handles
- Heavy-duty steel frame
- CSA-approved 40,000 BTU stainless steel burner
- Lava rock, burner cover and all-weather polyester cover
- Battery-operated ignition system with adjustable flame control; battery included
- Side door conceals gas propane tank (not included)
- Convertible to natural gas
- Arrives assembled

## Dimensions

- Width: 20.25''
- Depth: 20.25''
- Height: 24.5''
- Weight: 92.16lbs

**View more dimensions and info**

**My Closest Store**

89128 (change)



**Ashley Furniture HomeStore**

9200 W Sahara Ave

Las Vegas, NV 89117

702-656-4663


/203969/
172.png

**OPEN TODAY UNTIL 9:00PM**

Get directions (//www.bing.com/maps/default.aspx?where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

---

Local store prices and products may vary by location. Prices displayed in USD Only.

---

## Financing

72 MONTHS SPECIAL FINANCING*

on qualifying purchases of $1999 with your Ashley Advantage™ Synchrony Bank credit card. *Learn more.

72 MONTHS SPECIAL FINANCING*

on qualifying purchases of $1999 with your Ashley Advantage™ Synchrony Bank credit card. *Learn more.

(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning

## Assembly Instructions

 Download

# Complete the Set



**Peachstone Square
Fire Pit Table**

★★★★★

~~$799.99~~ SALE

$599.99

# You May Also Like



**Predmore Swivel Lounge Chair (Set o...**

☆☆☆☆☆

~~$500.00~~ SALE

$375.00

**Partanna Motion Loveseat (Set of 2)**

☆☆☆☆☆

~~$1400.00~~ SALE

$1050.00

**Dedura 7'10" x 10'10" Rug**

☆☆☆☆☆

~~$300.00~~ SALE

$210.00

| | |
|---|---|
| ■ | (/p/home-accents-ac... |
| ■ | (/p/home-accents-ac... |
| ■ | (/p/home-accents-ac... |
| ■ | (/p/home-accents-ac... |
| ■ | (/p/home-accents-ac... |

**Home Accents Aqua Shield 2' x 3' Br...**



## Reviews



Be the first to review this product

## Recently Viewed

**Peachstone Chair with Cushion (Set ...**

★★★★★

~~$550.00~~ SALE

$412.50

**Hatchlands Patio Heater**

★★★★★

~~$899.99~~ SALE

$629.99

**Hatchlands Patio Heater**

★★★★★

~~$599.99~~ SALE

$419.99

**Predmore 3-Piece Chat Fire Pit Set**

★★★★★

~~$899.99~~ SALE

$674.99

(/p/peachstone-chair-with-cushion/p014-651-601a/) (/p/hatchlands-patio-heater/p015-900b/) (/p/hatchlands-patio-heater/p015-900a/) (/p/predmore--piece-chat-fire-pi

We LOVE style! Hashtag #MyAshleyHome on instagram. Full gallery here (http://www.ashleyfurniturehomestore.com/myashleyhome).

Sign Up Now For The Latest Offers, Sales And Tips.

Enter your email address     Sign Up

Financing



**The Ashley Advantage™ Credit Card** offers style & value with convenient payments. Learn More (/financing)

(https://www.snapchat.com/add/AshleyHomeStore?icid=Footer-Snapchat)

(https://instagram.com/Ashleyhomestore/?icid=Footer-Instagram)   (https://www.facebook.com/AshleyHomeStore?icid=Footer-Facebook)

(https://www.pinterest.com/ashleyhomestore/?icid=Footer-Pinterest)   (https://twitter.com/ashleyhomestore?icid=Footer-Twitter)

(https://www.youtube.com/user/ashleyhomestore?icid=Footer-YouTube)   (https://plus.google.com/+AshleyHomeStore?icid=Google-Plus)

(http://www.ashleyfurniturehomestore.com/blog?icid=Footer-Blog)

COMPANY



**Ashley**
HOMESTORE

(https://stores.ashleyfurniturehomestore.com)  (/cart/viewcart)

★ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

**HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/) › Outdoor (/C/Outdoor/) › Outdoor Dining (/C/Outdoor/Outdoor-Dining/) › Outdoor Dining Tables (/C/Outdoor/Outdoor-Dining/Outdoor-Dining-Tables/) › Peachstone Square Fire Pit Table










# Peachstone Square Fire Pit Table

★★★★★

Write a review

~~$799.99~~ SALE

$599.99

Ashley In Home Delivery

**Color : Beige/Brown**

**Quantity:**

1

Add to Cart     Save for Later

## Details

Kick back and relax under the stars. The Peachstone outdoor fire pit has the woodsy look you love with none of the worries about deteriorating in the outdoor air. Fire pit ignites with a simple press of a button and transforms into a coffee table when capped with the included burner cover.

- 40" square gas fire pit table with CSA-approved 50,000 BTU burner, lava rock, burner cover and all-weather polyester cover
- Powdercoated rust-resistant aluminum frame
- Battery-operated ignition system with adjustable flame control; battery included
- Side door conceals gas propane tank (not included)
- Convertible to natural gas
- Assembly required

## Dimensions

- Width: 40.25''  •  Depth: 40.25''  •  Height: 24''  •  Weight: 198.34lbs

**View more dimensions and info**

**My Closest Store**
89128 (change)



**Ashley Furniture HomeStore**
9200 W Sahara Ave
Las Vegas, NV 89117
702-656-4663

## OPEN TODAY UNTIL 9:00PM

Get directions (//www.bing.com/maps/default.aspx?
where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

---

Local store prices and products may vary by location. Prices displayed in USD Only.

---

## Financing



(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning

## Assembly Instructions

 Download

---

# Complete the Set



**Peachstone Fire Column**

★★★★★

~~$449.99~~ SALE

$337.49

You May Also Like



⭐ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

**HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/) ›   Outdoor (/C/Outdoor/) ›   Outdoor Sets (/C/Outdoor/Outdoor-Sets/) ›   Chat Sets (/C/Outdoor/Outdoor-Sets/Chat-Sets/)

› Predmore 3-Piece Chat Fire Pit Set











# Predmore 3-Piece Chat Fire Pit Set

★★★★★

Write a review

~~$899.99~~ SALE

$674.99



Ashley In-Home Delivery

**Color : Beige/Brown**

**Quantity:**

1

Add to Cart      Save for Later

## Details

On a patio or out on the lawn, the Predmore 3-piece fire pit chat set makes the most of your open air comfort. Swivel and rock as long as you like in the oversized lounge chairs. High-performing Nuvella™ cushions are soft and supportive, and help keep the mood carefree. Natural slate tiles enhance the fire pit tabletop, as does the rust-resistant aluminum base.

- Includes 32" round fire pit and 2 cushioned swivel rocker lounge chairs
- Chairs swivels 360 degrees
- All-weather rust-resistant aluminum frames
- Fire pit with natural slate tile top
- Nuvella™ reversible zippered cushions with Velcro® ties are 100% solution-dyed polyester for lasting colorfastness
- All-weather foam cushion cores wrapped in soft polyester
- Clean cushions with soap and water, let air dry; for stubborn stains, use a solution of 1 cup bleach to 1 gallon water
- Gas fire pit with CSA-approved 30,000 BTU burner, lava rocks, burner cover and protective all-weather cover
- Battery-operated ignition system with adjustable flame control; battery included
- Door conceals gas propane tank (not included)
- Convertible to natural gas
- Assembly required

## Dimensions

- Width: 32"   • Depth: 32"   • Height: 24"

**View more dimensions and info**

## My Closest Store



**Ashley Furniture HomeStore**

9200 W Sahara Ave

Las Vegas, NV 89117

702-656-4663



## OPEN TODAY UNTIL 9:00PM

Get directions (//www.bing.com/maps/default.aspx?
where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

---

Local store prices and products may vary by location. Prices displayed in USD Only.

---

## Financing



(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning



**Reviews**



Be the first to review this product

# Recently Viewed









**Hatchlands Table Top Fire Bowl**

$279.99 SALE

$195.99

**Hatchlands Fire Pit Table**

$799.99 SALE

$559.99

**Hatchlands Fire Pit Table**

$899.99 SALE

$629.99

**Peac Squa Table**

$799

$59

(/p/hatchlands-table-top-fire-bowl/p015-913/)  (/p/hatchlands-fire-pit-table/p015-778/)  (/p/hatchlands-fire-pit-table/p015-772/)  (/p/peach

We LOVE style! Hashtag #MyAshleyHome on instagram. Full gallery here (http://www.ashleyfurniturehomestore.com/myashleyhome).

Sign Up Now For The Latest Offers, Sales And Tips.

Enter your email address                                    Sign Up

**Ashley**
HOMESTORE

(https://stores.ashleyfurniturehomestore.com)  (/cart/view/cart)

★ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

**HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/)  >  Outdoor Sets (/C/Outdoor/Outdoor-Sets/)  >  Chat Sets (/C/Outdoor/Outdoor-Sets/Chat-Sets/)  >  Predmore 5-Piece Chat Fire Pit Set











# Predmore 5-Piece Chat Fire Pit Set

★★★★★

Write a review

~~$1399.99~~ SALE

## $1049.99

 Ashley In-Home Delivery

**Color : Beige/Brown**

**Quantity:**

1

Add to Cart        Save for Later

## Details

On a patio or out on the lawn, the Predmore 5-piece fire pit chat set makes the most of your open air comfort. Swivel and rock as long as you like in the oversized lounge chairs. High-performing Nuvella™ cushions are soft and supportive, and help keep the mood carefree. Natural slate tiles enhance the fire pit tabletop, as does the rust-resistant aluminum base.

- Includes 32" round fire pit and 4 cushioned swivel rocker lounge chairs
- All-weather rust-resistant aluminum frames
- Chair swivels 360 degrees
- Fire pit with slate tile top
- Powdercoated finish resists rusting and fading
- Nuvella™ reversible zippered cushions with Velcro® ties are 100% solution-dyed polyester for lasting colorfastness
- All-weather foam cushion cores wrapped in soft polyester
- Clean fabric with mild soap and water, let air dry; for stubborn stains, use a solution of 1 cup bleach to 1 gallon water
- Gas fire pit with CSA-approved 30,000 BTU burner, lava rocks, burner cover and protective all-weather cover
- Battery-operated ignition system with adjustable flame control; battery included
- Door conceals gas propane tank (not included)
- Convertible to natural gas
- Assembly required

## Dimensions

- Width: 32''  • Depth: 32''  • Height: 24''

  **View more dimensions and info**


**My Closest Store**

89128 (change)

**Ashley Furniture HomeStore**

9200 W Sahara Ave
Las Vegas, NV 89117
702-656-4663



**OPEN TODAY UNTIL 9:00PM**

Get directions (//www.bing.com/maps/default.aspx?where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

---

Local store prices and products may vary by location. Prices displayed in USD Only.

---

## Financing



(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning



**Reviews**

★★★★★

Be the first to review this product

## Recently Viewed









**Predmore Swivel Lounge Chair (Set o...**

★★★★★

~~$500.00~~ SALE

$375.00

**Predmore Fire Pit Table**

★★★★★

~~$399.99~~ SALE

$299.99

**Peachstone Fire Column**

★★★★★

~~$449.99~~ SALE

$337.49

**Peachstone Chair with Cushion (Set ...**

★★★★★

~~$550.00~~ SALE

$412.50

(/p/predmore-swivel-lounge-chair/p1r01/p324f821) (/p/predmore-fire-pit-table/p324f776) (/p/peachstone-fire-column/p655/901) (/p/peachstone-chair-with-cushi

We LOVE style! Hashtag #MyAshleyHome on instagram. Full gallery here (http://www.ashleyfurniturehomestore.com/myashleyhome).

Sign Up Now For The Latest Offers, Sales And Tips.

Enter your email address          Sign Up

Financing



**The Ashley Advantage™ Credit Card**
offers style & value with
convenient payments. Learn More (/financing)

 (https://www.snapchat.com/add/AshleyHomeStore?icid=Footer-Snapchat)

 (https://instagram.com/Ashleyhomestore/?icid=Footer-Instagram)

 (https://www.facebook.com/AshleyHomeStore?icid=Footer-Facebook)

 (https://www.pinterest.com/ashleyhomestore/?icid=Footer-Pinterest)  (https://twitter.com/ashleyhomestore?icid=Footer-Twitter)

 (https://www.youtube.com/user/ashleyhomestore?icid=Footer-YouTube)



(./) Search
Men

(https://stores.ashleyfurniturehomestore.com)   (/cart/viewcart)



★ **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

🔥 **HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

$ **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/)  >  Outdoor (/C/Outdoor/)  >  Patio Furniture (/C/Outdoor/Patio-Furniture/)  >  Tables (/C/Outdoor/Patio-Furniture/Tables/)  >

Predmore Fire Pit Table



        

# Predmore Fire Pit Table

★★★★★

Write a review

~~$399.99~~ SALE

$299.99

 Ashley In-Home Delivery

**Color : Beige/Brown**

**Quantity:**

1

Add to Cart        Save for Later

## Details

On a patio or out on the lawn, the Predmore fire pit table makes the most of your open air comfort. Natural slate tiles enhance the round fire pit tabletop. A simple press of the button quickly ignites the flame and a turn of the knob controls the output. Gas propane tank is accessed through a side door. When not in use, top with the burner cover for an expansive coffee table.

- 32" round fire pit with CSA-approved 30,000 BTU burner, lava rocks, burner cover and protective all-weather cover
- Natural slate tile top
- All-weather rust-resistant aluminum frame
- Battery-operated ignition system with adjustable flame control; battery included
- Door conceals gas propane tank (not included)
- Convertible to natural gas
- Assembly required

## Dimensions

- Width: 32"  • Depth: 32"  • Height: 24.75"  • Weight: 68lbs

**View more dimensions and info**

**My Closest Store**

89128 (change)

**Ashley Furniture HomeStore**

9200 W Sahara Ave

Las Vegas, NV 89117

702-656-4663

/203960
172.png

## OPEN TODAY UNTIL 9:00PM

Get directions (//www.bing.com/maps/default.aspx?
where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

---

Local store prices and products may vary by location. Prices displayed in USD Only.

---

## Financing



(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning

## Assembly Instructions

 Download

---

Complete the Set



**Predmore Swivel Lounge Chair (Set o...**

★★★★★

~~$500.00~~ SALE

$375.00

## You May Also Like



**★** **UP TO 30% OFF\* SITEWIDE EXTENDED** » (/c/sale/featured?icid=GN-Text-L)

**🛋** **HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

**$** **UP TO 75% OFF\* CLOSEOUTS!** » (/c/sale/overstock-steals/?icid=GN-Text-FR)

Home (/)  ›  Outdoor (/C/Outdoor/)  ›  Patio Furniture (/C/Outdoor/Patio-Furniture/)  ›  Seating (/C/Outdoor/Patio-Furniture/Seating/)

  ›  Predmore Swivel Lounge Chair (Set Of 2)



    

# Predmore Swivel Lounge Chair (Set of 2)

★★★★★

Write a review

~~$500.00~~ SALE

$375.00



Ashley In Home Delivery

**Color : Beige/Brown**

**Quantity:**

1

Set of 2

Add to Cart      Save for Later

## Details

Swivel and rock as long as you like in the Predmore swivel rocker lounge chair. The outdoor chair is purposely designed to be oversized and incredibly comfortable. High-performing Nuvella™ cushions and a powdercoated aluminum frame keep the mood carefree.

- Includes 2 cushioned swivel rocker lounge chairs
- Swivels 360 degrees
- All-weather rust-resistant aluminum frame
- Nuvella™ reversible zippered cushions with Velcro® ties are 100% solution-dyed polyester for lasting colorfastness
- All-weather foam cushion cores wrapped in soft polyester
- Clean fabric with mild soap and water, let air dry; for stubborn stains, use a solution of 1 cup bleach to 1 gallon water
- Imported fabric and fill
- Assembly required

## Dimensions

- Width: 25.25"  •  Depth: 28"  •  Height: 32"  •  Weight: 59.95lbs

   **View more dimensions and info**

### My Closest Store

89128 (change)



**Ashley Furniture HomeStore**

9200 W Sahara Ave



## OPEN TODAY UNTIL 9:00PM

Get directions (//www.bing.com/maps/default.aspx?
where1=9200+W+Sahara+Ave%2c+Las+Vegas%2c+NV%2c+89117)

---

Local store prices and products may vary by location. Prices displayed in USD Only.

---

## Financing



(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning

## Assembly Instructions

 Download

## You May Also Like



**Hatchlands Table Top Fire Bowl**

☆☆☆☆☆

~~$279.99~~ SALE

$195.99



🟦 (/p/home-accents-aq
🟫 (/p/home-accents-aq
🟩 (/p/home-accents-aq
🟫 (/p/home-accents-aq
🟦 (/p/home-accents-aq

**Home Accents Aqua Shield 2' x 3' Br...**



**Home Accents Indoor-Outdoor Pillow**

★★★★★

~~$59.99~~ SALE

$50.99



Event Fea

**Salced
Outdoo**

★★☆☆☆

~~$449.9~~

$300.



## Reviews

☆☆☆☆☆

Be the first to review this product

## Recently Viewed

# EXHIBIT B

# EXHIBIT B

![Ashley HOMESTORE]

(/) Search
Men

✉  🔍  📍 (https://stores.ashleyfurniturehomestore.com)   🛒 (/cart/viewcart)

⭐ **UP TO 30% OFF\* SITEWIDE** » (/c/sale/featured?icid=GN-Text-L)

🔥 **HUGE SAVINGS ON ROOM PACKAGES** » (/c/furniture/sets/?orderBy=onsale&icid=GN-Text-R)

Home (/) › Outdoor (/C/Outdoor/) › Patio Accessories (/C/Outdoor/Patio-Accessories/) › Fire Pits & Tables (/C/Outdoor/Patio-Accessories/Fire-Pits-And-Tables/) › Hatchlands Fire Pit Table



    

# Hatchlands Fire Pit Table

⭐⭐☆☆☆  2.0   | (1)

Write a review

~~$899.99~~ SALE

$629.99

 Ashley In-Home Delivery

**Color : Brown/Gray**

**Quantity:**

1

Add to Cart          Save for Later

# Details

The Hatchlands fire pit table mirrors the rustic ambience of the great outdoors. Oversized square design has the look of richly grained wood, with none of the splintering qualities. Included burner cover transforms the fire table into an expansive coffee table.

- Fiberglass and resin composite with look of wood
- Cut-out side handles
- Heavy-duty steel frame
- CSA-approved 50,000 BTU stainless steel burner
- Lava rock, burner cover and all-weather polyester cover
- Battery-operated ignition system with adjustable flame control; battery included
- Side door conceals gas propane tank (not included)
- Convertible to natural gas
- Arrives assembled

# Dimensions

- Width: 34.75"  • Depth: 34.75"  • Height: 24.25"  • Weight: 165.45lbs

**View more dimensions and info**

**My Closest Store**
89108 (change)

**Ashley Furniture HomeStore**
91 S Martin Luther Kg Blvd
Las Vegas, NV 89106
702-450-4663
**OPEN TODAY UNTIL 9:00PM**

Get directions (https://maps/Default.aspx?
where1=91+S+Martin+Luther+Kg+Blvd%2c+Las+Vegas%2c+NV%2c+89106)

---

Local store prices and products may vary by location. Prices displayed in USD Only.

---

## Financing



(/financing?icid=PDP-banner)

## Learn more about

Offers & Details

Shopping

Returns

Warranty Information

Care & Cleaning

## Assembly Instructions

 Download

---

# Complete the Set



**Hatchlands Fire Pit Table**



~~$799.99~~ SALE

$559.99



**Hatchlands Table Top Fire Bowl**

★★★★★

~~$279.99~~ SALE

$195.99



**Hatchlands Tank Storage Box**

★★★★★

~~$150.00~~ SALE

$105.00

# Designer Recommends









**Salceda Lounge Chair w/Cushion**

☆☆☆☆☆

~~$349.99~~ SALE

$262.49

**Partanna Motion Loveseat (Set of 2)**

☆☆☆☆☆

~~$1400.00~~ SALE

$1050.00

(/p/home-accents-ac

(/p/home-accents-ac

(/p/home-accents-ac

(/p/home-accents-ac

(/p/home-accents-ac

**Home Accents Aqua Shield 2' x 3' Br...**

**Dedura Rug**

☆☆☆☆☆

~~$300.0~~

$210.0



## Reviews

Write a review

### Rating Snapshot

Select a row below to filter reviews.

| | |
|---|---|
| 5★ | 0 |
| 4★ | 0 |
| 3★ | 0 |
| 2★ | 1 |
| 1★ | 0 |

### Average Customer Ratings

| | | |
|---|---|---|
| Overall | ★★☆☆☆ | 2.0 |
| Quality of Product | | 1.0 |

Branched

Charlotte, NC, United States

★★☆☆☆ · 18 days ago

**Concrete chips and cracks**

Review

Votes 0

Quality of Product

also comes chipped or cracked. The first we sent back as it had a big obvious crack the second had a chip we noticed too late. We are worried the finish won't survive any weather. It's a shame this product seems to have a design flaw as it would be perfect if it didn't crack. For the money you shouldn't have to fear it will last even 1 year.

 



Helpful?     Yes · 0   │   No · 0     Report

 **Response from Ashley Furniture:**

Daniel   · CS   · 16 days ago

Hi, thank you for providing your feedback on this item and your experience. We would be happy to try to help with this issue. Please feel free to reach out to reviewfeedback@ashleyfurniture.com (mailto:reviewfeedback@ashleyfurniture.com) Thank you, Daniel

# Recently Viewed



**Hatchlands Table
Top Fire Bowl**

★★★★★

$279.99 SALE

$195.99

(/p/hatchlands-table-top-fire-bowl

We LOVE style! Hashtag #MyAshleyHome on instagram. Full gallery here
(http://www.ashleyfurniturehomestore.com/myashleyhome).

Sign Up Now For The Latest Offers, Sales And Tips.

| Enter your email address | Sign Up |

---

Financing



**The Ashley Advantage™ Credit Card**
offers style & value with
convenient payments. Learn More (/financing)

---



(https://www.snapchat.com/add/AshleyHomeStore?icid=Footer-Snapchat)

(https://instagram.com/Ashleyhomestore/?icid=Footer-Instagram)

(https://www.facebook.com/AshleyHomeStore?icid=Footer-Facebook)

(https://www.pinterest.com/ashleyhomestore/?icid=Footer-Pinterest)

(https://twitter.com/ashleyhomestore?icid=Footer-Twitter)

(https://www.youtube.com/user/ashleyhomestore?icid=Footer-YouTube)

(https://plus.google.com/+AshleyHomeStore?icid=GooglePlus)

(http://www.ashleyfurniturehomestore.com/blog?icid=Footer-Blog)

COMPANY

About Us (/about-us)

Store Locations (https://stores.ashleyfurniturehomestore.com)

Careers (https://ashleyfurniture.mua.hrdepartment.com/hr/ats/JobSearch/index)

News (/news)

Contact Us (/contact-us)

CUSTOMER SUPPORT

Customer Care (/customer-care)

Order Tracking (/ordertracking)

Shopping (/shopping)

Returns (/returns)

Shipping & Delivery (/delivery-information)

FAQ (/faq)

Care & Cleaning (/care-and-cleaning)

Warranty Information (/warranty-information)

Glossary (/glossary)

GET INSPIRED

Blog (http://www.ashleyfurniturehomestore.com/blog?icid=Footer-Blog)

Tips & Inspiration (/home-design?icid=Footer-Tips-and-Inspiration)

Our Catalog (/catalog?icid=Footer-Catalog)

Room Planner (http://roomplanner.icovia.com/ashley/resources/icovia.aspx)

Hope To Dream (/a-hope-to-dream)

Home To Hope (/home-to-hope)

---

MY ACCOUNT

Order Status (/order-details)

Sign In (/loginpage)

Forgot Password (/loginpage)

Pay My Ashley Advantage Card (https://www.mysynchrony.com/mysynchrony/merchants/cmp-index.html?
market=homefurnishings&store=ashleyfurniturehomestore)

---

If you are using a screen reader and are having problems using this
website, please call 866-436-3393 for assistance or visit our
eSSentials Accessibility (https://www.essentialaccessibility.com/ashley-
homestore/) page.

   

(https://www.essentialaccessibility.com/ashley-
homestore/)

(http://www.bbb.org/wisconsin/business-
reviews/furniture-
retail/ashley-
furniture-
homestore-in-
arcadia-wi-
1000020448?
icid=footer-
bbb)

(https://www.bizrate.com/ratin
-296649.html)

©Ashley HomeStores, Ltd., 2017. All Rights Reserved.

Offers & Details* (/coupons-sales-and-offers)  |   Terms & Conditions (/terms-and-conditions)  |

Terms of Use (/terms-of-use)  |   Privacy Policy (/privacy-policy)

Français (https://www.meublesashley.com/)



Photo where the crack isn't visible



Chip in the base

2 of 3



Review photo 3

3 of 3

# EXHIBIT C

# EXHIBIT C



hatchlands fire pit table

All    Shopping    Images    Maps    News    More      Settings    Tools

About 7,530 results (0.46 seconds)

**Shop for hatchlands fire pit table on Google**      Sponsored

    

Signature Design by Ashley ... **$589.99** Amazon.com Free shipping

Hatchlands Low RECT Fire Pit ... **$530.65** The Classy Ho...

Hatchlands 54 x 20" x 18" ... **$589.99** Target

Hatchlands Square Fire Pit ... **$591.28** The Classy Ho...

Hatchlands Table Top Gas Fire ... **$169.99** Target

**Hatchlands Fire Pit Table | Ashley Furniture HomeStore**
https://www.ashleyfurniturehomestore.com/p/hatchlands-fire-pit-table/p015-773/ ▾
Shop the **Hatchlands Fire Pit Table** from our wide patio-furniture selection online available in Brown/Gray. Free shipping on many items!

**Hatchlands Fire Pit Table - Target**
www.target.com/p/hatchlands-fire-pit-table-ashley/-/A-52215527 ▾
Enjoy hours of rustic warmth seated around the **Hatchlands fire pit table**. The oversized rectangular design has all the appearances of richly grained wood, but is ...

**Hatchlands Gas Fire Pit Table - Ashley : Target**
www.target.com/p/hatchlands-gas-fire-pit-table-ashley/-/A-52215527 ▾
Find product information, ratings and reviews for **Hatchlands** Gas **Fire Pit Table** - Ashley online on Target.com.

**Hatchlands Fire Pit Table - Ashley : Target**
www.target.com/p/hatchlands-fire-pit-table-ashley/-/A-52215510?lnk... ▾
Find product information, ratings and reviews for **Hatchlands Fire Pit Table** - Ashley online on Target.com.

**Images for hatchlands fire pit table**



→ More images for hatchlands fire pit table      Report images

**Hatchlands Fire Pit Table - Target**
www.target.com/p/hatchlands-fire-pit-table-ashley/-/A-52215510 ▾
The **Hatchlands fire pit table** mirrors the rustic ambience of the great outdoors. Oversized square design has the look of richly grained wood, with none of the ...

**Signature Design by Ashley Hatchlands Brown Low Fire Pit Table ...**
https://www.overstock.com › ... › Outdoor Decor › Fire Pits & Chimineas ▾
Rating: 4 · 1 vote · $675.99 · In stock
Shop for Signature Design by Ashley **Hatchlands** Brown Low **Fire Pit Table**. Get free delivery at Overstock.com - Your Online Garden & Patio Outlet Store!

**Hatchlands Rectangle Fire Pit Table - Woodstock Furniture & Mattress ...**
https://www.woodstockoutlet.com › Outdoor ▾
The **Hatchlands fire pit table** oversized rectangular design has all the appearances of richly grained wood, but is actually a carefree all-weather composite you'll ...

**Hatchlands - Multi - Square Fire Pit Table | P015-772 | Fire Pit Tables ...**
www.treehousefurniturestore.com/.../firepit-tables/hatchlands-multi-square-fire-pit-table ▾
**Hatchlands** - Multi - Square **Fire Pit Table** by Signature Design by Ashley. Get your **Hatchlands** - Multi - Square **Fire Pit Table** at Tree House Furniture, El Campo ...

Signature Design by Ashley Hatchlands Square Fire Pit Table ...

www.wayside-furniture.com/item/hatchlands-square-fire-pit-table/175690179 ▾

Shop for the Signature Design by Ashley **Hatchlands** Square **Fire Pit Table** at Wayside Furniture - Your
Akron, Cleveland, Canton, Medina, Youngstown, Ohio ...

Firepit Tables Direct - (Recommended)

`Ad` www.woodlanddirect.com/FirePits/Tables ▾    (800) 919-1904

4.8        rating for woodlanddirect.com

Contact our Certified Experts. Add **Fire** to your Outdoor Space. Free Shipping!
A+ Rating — Better Business Bureau

Propane Fire Pit Tables · Natural Gas Fire Tables · Dining Height Fire Tables · Spring Fire Pit Sale

Fire Pits Table Sale - More Options, Lower Prices

`Ad` www.hayneedle.com/fire-pits/tables ▾

4.6        rating for hayneedle.com

**Fire Pits Table** On Sale Now! Save 30-50% On Outdoor Furniture.
Ratings: Shipping 8.5/10 · Website 8.5/10 · Prices 8/10 · Quality 8/10 · Selection 7.5/10

Fire Pit Tables · Fire Pits Super Sale · Gas · Wood Burning · Fire Pit Covers · Custom Fire Pits

Shop Quality Fire Pit Tables - 100s of Beautiful Tables Avail

`Ad` www.ultimatepatio.com/FirePits/Tables ▾

We have all shapes of gas, wood, & propane **fire pit tables** from a dozen brands.
Authorized Dealer · Financing Available · myRewards Program · Quick Ship on Most Items
Types: Natural Gas, Propane, Wood, Gel Fuel

1   2   3   4   5   6   7   8   9   10     Next

89108, Las Vegas, NV - From your search history - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

Case 2:17-cv-01522-JCM-CWH Document 1 Filed 05/30/17 Page 107 of 125

    

Cart

**About**  **Hours & Location**  **Testimonials**  **Current Ads**  **Financing**  **Design**  **Cafe**  **Contact Us**

(0)

Sign In



**Showroom (330) 733-6221**
**Sun. 12-6, M-F 10-9, Sat. 10-6**
**1367 Canton Rd, Akron, OH 44312**

**Service Dept/Parts/Warranty (330) 628-6332**
**M-F 9-6, Sat. 9-Noon, Sun. Closed**

search by keyword

🚚 Track Delivery    🔄 Track Back-Order    💳 Make Payment

LIVING ROOM   BEDROOM   DINING   HOME OFFICE   ENTERTAINMENT   AMISH   OUTDOOR   MATTRESS   CLEARANCE

**Click here to view our delivery area and cost. Wayside DOES NOT price, deliver, pickup, or service outside our delivery area**

Home  ›  Outdoor Fire Pits  ›  Signature Design by Ashley Hatchlands Square Fire Pit Table

🖨   email a friend      Save   Tweet    Like   Share



Questions?

Click to chat live



Case 2:17-cv-01522-JCM-CWH Document 1 Filed 05/30/17 Page 108 of 125







# Signature Design by Ashley Hatchlands Square Fire Pit Table at Wayside Furniture

Part of the
**Hatchlands Collection**
Sku: P015-772



Dimensions:
Width: 34.75  x  Depth: 34.75  x  Height: 24.25

---

Store Availability: **Available to Order**
Special Order Lead Time: 4-8 Weeks

---

$648.00          🛒 Add To Cart

---

**SPECIAL ORDER**

---

Ask a Question

---

Add To Quicklist

---



# More Items From The Hatchlands Collection

Questions?

Click to chat live

Browse other items in the Hatchlands collection from Wayside Furniture in the Akron, Cleveland, Canton, Medina, Youngstown, Ohio area.



**Low Rectangular Fire Pit Table**
P015-773

## $576.00

**SPECIAL ORDER**



**Patio Heater**
P015-900

## $585.00

**SPECIAL ORDER**



**Patio Heater**
P015-905

## $405.00

**SPECIAL ORDER**



**Tank Storage Box**
P015-907

## $108.00

**SPECIAL ORDER**





**Park Bench**
P015-909

## $324.00

**SPECIAL ORDER**



**Table Top Fire Bowl**
P015-913

## $189.00

**SPECIAL ORDER**

# Hatchlands Square Fire Pit Table

This fire pit is made of durable fiberglass resin composite material that replicates real stone and wood and is molded on a heavy duty steel frame. It includes CSA approved stainless steel burners, lava rock, burner cover and protective polyester weather cover. It also has an easy battery operated electronic ignition with a flame control knob (battery included).

The Hatchlands Square Fire Pit Table by Signature Design by Ashley f
We proudly serve the Akron, Cleveland, Canton, Medina, Youngstow
availability may vary. Contact us for the most current availability on



Questions?

Click to chat live

# Hatchlands Square Fire Pit Table Specifications

**Item & Dimensions**

| | |
|---|---|
| Manufacturer | Signature Design by Ashley |
| Width (side to side) | 34.75" W |
| Depth (front to back) | 34.75" D |
| Height (bottom to top) | 24.25" H |

## Signature Design by Ashley Hatchlands Description

Rustic style gives the pieces available from this outdoor furniture and accessories collection a casual feel. Make your outdoor entertaining space functional and stylish with your choice of items.

The Hatchlands collection is a great option if you are looking for Rustic Casual Outdoor Furniture in the Akron, Cleveland, Canton, Medina, Youngstown, Ohio area.

Reference #: P015-772

**TOP CATEGORIES**

Living Room
Bedroom
Dining Room
Home Office
Entertainment
Mattresses
Amish
Clearance
Manufacturers
Outdoor

**STORE INFO**

Events & Promotions
About Us
Careers
Store Policies
Privacy Policy
Credit & Financing
Delivery & Pickup
Testimonials

**CUSTOMER SERVICE**

Contact Us
Track Delivery
Track Back-Order
My Account
View Cart
Room Planner
Quicklist
Gift Card
Shopping Tips

**LOCATION**

Wayside Furniture - Main Showroom
1367 Canton Rd
Akron, OH 44312
(330) 733-6221

Service - Parts - Warranty
(330) 628-6332
Store Profile

Warehouse & Service Dept
3880 Mogadore Industrial Pkwy
Mogadore, OH 44260
Warehouse - Delivery
(330) 628-4800

Service - Parts - Warranty
(330) 628-6332
Store Profile

**SIGN UP FOR EMAIL**

E-mail address

Submit

 Questions?
Click to chat live 

Wayside Furniture features a great selection of living room, bedroom, dining room, home office, entertainment, accent, furniture, and mattresses, and can help you with your home design and decorating. Wayside Furniture offers great quality furniture, at a low price to the Akron, Cleveland, Canton, Medina, Youngstown, Cuyahoga Falls, Fairlawn, Barberton, North Canton, Hudson, Strongsville, Elyria, Mentor, Euclid, Parma, Lakewood, Medina Ohio area.

Information Accuracy - We have taken great care to provide you with information that is accurate and useful. Please notify us if you find an error and we will do our best to correct it. We ask that you contact us directly or visit our stores to confirm information about pricing, color, features, dimensions, availability and special order lead times.

Item List | Collection List | Product Types | Sitemap

 Site Powered by FurnitureDealer.net © 2017, All rights reserved.

Nothing on this page may be copied or reproduced without explicit permission.



Questions?

Click to chat live



## OUTDOOR BY ASHLEY COLLECTION





### HATCHLANDS SQUARE FIRE PIT TABLE

The Hatchlands fire pit table mirrors the rustic ambience of the great outdoors. Oversized square design has the look of richly grained wood, with none of the splintering qualities. Included burner cover transforms the fire table into an expansive coffee table.

34.75" W x 34.75" D x 24.25" H
Opening 19.25" x 19.25"
P015-772

**$829**

### HATCHLANDS RECTANGULAR FIRE PIT TABLE

Oversized rectangular design has all the appearances of richly grained wood, but is actually a carefree all-weather composite you'll enjoy gathering around for years. Low profile puts the adjustable propane flame at the right height. Included burner cover transforms the fire table into an expansive coffee table.

54" W x 20" D x 18" H
Opening 35.50" x 8.75"
P015-773

**$739**



### HATCHLANDS PARK BENCH

Crafted to fool everyone but Mother Nature, the rustic-styled Hatchlands park bench will last for years. Thick planks resemble wood in every way, except for the splinters and upkeep. Ideal on a deck or porch. This bench is made to be complimentary to other outdoor furniture that coordinates with many outdoor settings.

59" W x 23.62" D x 33.46" H

P015-909

**$409**



### HATCHLANDS TABLE TOP FIRE BOWL

Crafted to fool everyone but Mother Nature, the rustic-styled Hatchlands park bench will last for years. Thick planks resemble wood in every way, except for the splinters and upkeep. Ideal on a deck or porch. This bench is made to be complimentary to existing outdoor furniture that coordinates with many outdoor settings.

28" W x 8.5" D x 12.25" H

P015-913

**$239**







**HATCHLANDS PATIO HEATER**
Enjoy the rustic warmth and enduring
performance of this outdoor heater.
Simply press the button to ignite a
stream of flames dancing inside the
cylinder top. A cool-touch
powdercoated steel grid adds a measure
of protection while family and guests
bask in up to 110° of heat.
21.13" W x 21.13" D x 74.5" H
P015-900

$749  

**HATCHLANDS PATIO HEATER
WITH METAL BASE**
Encased in glass and a cool-touch steel
grid, the heater dispenses 110° of heat,
enough to warm a 4 ft. radius. One-
touch ignition and multiple settings
customize the glow coursing through the
tower. Wheeled base rolls easily to
wherever you like.
20.88" W x 20.88" D x 75" H
P015-905

$519

**HATCHLANDS TANK STORAGE
BOX**
Coordinate your fire pit and other
propane-fueled accents with the rest of
your stylish outdoor space. The
Hatchlands propane tank storage box
has the look of richly grained wood, plus
it doubles as a handy outdoor accent
table or plant stand, while concealing a
propane gas tank.
15.75" W x 15.75" D x 20" H
P015-907

$139

## Customer Care

About Us

## Our Support

Contact Us

4051 S US Highway 1
Fort Pierce, FL 34982
Mon-Sat  10am-5:00pm

Good Things To Know

Best Price Guarantee

Simple Payment Methods

Shipping & Delivery

Easy Returns

Return & Exchange Policy

Shipping Policy

Terms & Conditions

Privacy Policy

Directions

Closed Sunday

**772-409-4618**

**772-223-2012**



© 2017 The Paradise Trading Company of Florida



   

Home  /  Hatchlands Brown/Gray Square Fire Pit Table






# Hatchlands Brown/Gray Square Fire Pit Table

Item # 22542

~~$953.97~~ **$579.94**

As Low AS $51 /Mo

| Zip Code | Check Free Shipping Zones

**Store Availability Ships in 5-7 Days**

📞 Please call 916.681.7936 to confirm availability and schedule delivery.

1 | QI

FEEDBACK

## Description

The Hatchlands fire pit table mirrors the rustic ambience of the great outdoors. Oversized square design has the look of richly grained wood, Read More...

### Series Features

 The series includes complimentary outdoor furniture accessories that coordinate with many outdoor settings.

 The fire pits are made of durable resin composite material that replicates real Read More...



Product Specifications | Customer Reviews | Related Product

**Need Help?** Give us a call at 916.681.7936 or send us a text message to 916.822.9588

| Color | Brown | | Height | 24.25 |
|---|---|---|---|---|
| Width | 34.75 | | Depth | 34.75 |
| Materials | Wood | | Style | Traditional |
| Table Type | Square | | | |

| | | | Series Features | • The series includes complimentary outdoor furniture accessories that coordinate with many outdoor settings. |
|---|---|---|---|---|

Series Features
- The series includes complimentary outdoor furniture accessories that coordinate with many outdoor settings.
- The fire pits are made of durable resin composite material that replicates real stone and wood and is molded on a heavy duty steel frame.
- All fire pits include CSA approved stainless steel burners, lava rock, burner cover and protective polyester weather cover.
- It also has an easy battery operated electronic ignition with a flame control knob (battery included).
- The promo price patio heater is made with a brown powder coated steel frame.
- It can provide 110F heat at a distance of 4 feet.
- Table top fire bowl is made of powder coated steel.
- This fits into any standard size umbrella hole.
- It also includes four glass panels, lava rock and a 10 foot hose.
- This 10 foot hose is included with items that require an external propane tank.
- Some assembly required.

FEEDBACK

# FURNITUREUSA.COM - AN ONLINE FURNITURE STORE

Furniture USA first opened its doors in South Sacramento in 1998, and since then has been recognized as a trusted name in the community.  Over the years the business has seen ups and downs, but has persevered alongside the community and is now stronger than ever.  Thanks to a reputation for furniture expertise and customer service, Furniture USA will soon expand its reach nationwide with the help of the new-and-improved ecommerce website.  Furniture USA now has a fully operational online furniture store through the website: FurnitureUSA.com.

For the past 3 years, 2013-2015, Furniture USA has been acknowledged as the best name in furniture retail for Northern California thanks to the KCRA3 A-List.  The expansive showroom and website feature every category of furniture imaginable, including: mattresses, mattress sets, bedroom collections, beds, dressers, nightstands, chests, dining room collections, dining tables, dining chairs, barstools, living room collections, sofas, loveseats, sectionals, chairs, recliners, occasional tables, lamps, rugs, accessories, home decor and so much more.  With industry leading brand names like Ashley, AC Pacific, AICO, Coaster, Home Elegance, Najarian, New Classic, Pulaski, Serta, Tempurpedic, Whittier and so many more, customers are sure to find what they are looking for with Furniture USA or FurnitureUSA.com.  Local customers may qualify for Free Delivery!  Full Service Delivery & Setup may also be available for the following cities: Sacramento, Elk Grove, Rancho Cordova, Citrus Heights, Antelope, West Sacramento, Davis, Galt and others.  Not all cities that qualify for Full Service Delivery & Setup will also qualify for FREE Home Delivery.  Enter your zip code on the Checkout page to see what options are available in your area.

In addition to business, Furniture USA prides itself on employee participation in various community events and outreach programs.  The store hosts the Salvation Army's Angel Tree event every year with the support of our customers and employees alike.  Additionally, Furniture USA has regularly contributed to such causes as the Kids Can! Food Drive, Kids Day (a fundraiser for Shriners Hospitals for Children), the USMC's Toys-for-Tots event and many more.  Be sure to check out the upcoming Community page to stay informed about current promotions, outreach opportunities, community events, charity auctions, and so much more!  Thank you for choosing FurnitureUSA.com!  You'll be glad you did.

FEEDBACK



Sign Up for our Newsletter

Follow

Us!

(Email Address)

>

© 2015 Furniture USA. All Rights Reserved.






FEEDBACK







**Pre-Memorial Sale!** up to 15% OFF or Special Financing!*

# Hatchlands Long Fire Pit Table
# Signature Design by Ashley - 053915





**PRODUCT DETAILS**    -

Enjoy hours of rustic warmth seated around the Hatchlands Long Fire Pit Table. The oversized rectangular design has all the appearances of richly grained wood, but is actually a carefree all-weather composite you'll enjoy gathering around for years. Low profile puts the adjustable propane flame at the right height. Included burner cover transforms the fire table into an expansive coffee table.

VIEW THIS PRODUCT IN THESE SHOWROOMS:
Cold Spring Store, Colerain Store, Dayton Superstore, Fairfield Store, Fields Ertel Store, Florence Store

| DIMENSIONS & SPECIFICATIONS | + |
|---|---|
| ITEM AVAILABILITY | + |

AVAILABILITY:: In Stock in Warehouse ✔

| DESIGN ELEMENTS & FEATURES | + |
|---|---|
| CONSTRUCTION & ERGONOMICS | + |
| WARRANTY INFORMATION | + |
| OTHER DETAILS | + |

**$698.00**

**ADD TO CART**

Additional discounts may apply at final checkout. The price shown is available online or the cash price in the showroom.











COMPLETE THE LOOK ⌄

5/17/2017 Signature Design by Ashley Hatchlands Long Fire Pit Table 053915 - Furniture Fair - Cincinnati & Dayton OH and Northern KY

Case 2:17-cv-01522-JCM-CWH Document 1 Filed 05/30/17 Page 123 of 125



MORESDALE OUTDOOR
DINING TABLE
053911
$655.00

MORESDALE BENCH WITH
CUSHION
053912
$295.00

MORESDALE SWIVEL ROCKER
WITH CUSHION
053913
$285.00

HATCHLANDS SQUARE FIRE
PIT TABLE
053914
$798.00

HATCHL

PROVIDE FEEDBACK.



# CINCINNATI & DAYTON'S FURNITURE STORE

ABOUT US • COMMUNITY • AWARDS • SPONSORSHIPS • REVIEWS • SUPPLIERS • CAREERS
BETTER BUSINESS BUREAU • TERMS AND CONDITIONS • POLICY AND GUARANTEE

Our LOW PRICE GUARANTEE applies to customers in our local delivery area (Northern Kentucky, greater Cincinnati and Dayton OH). Prior Sales, Hot Buys, Floor Samples, Tent sale, Discontinued and Clearance Merchandise excluded from promotions and credit term offers. Promotional discounts do not apply to iComfort, iSeries, or Tempur-Pedic products.

Photos are as accurate to showroom model as possible. Colors may vary slightly due to screen calibration. Every effort has been made to provide accurate pricing online. The showroom price is the accurate price.
©Furniture Fair, 2016. All Rights Reserved.

## SIGN UP FOR SAVINGS

## CONVENIENT LOCATIONS ALL OVER THE TRI-STATE AREA

**Fairfield**
Furniture Fair
7200 Dixie Highway
Fairfield, OH 45014
(513) 874-5553

**Dayton / Miamsburg**
Furniture Fair
8245 Springboro Pike
Dayton, OH 45342
(937) 260-4477

**Eastgate**
Furniture Fair
4363 Eastgate Square Dr
Eastgate, OH 45245
(513) 753-8555

**Fields Ertel**
Furniture Fair
9591 Fields Ertel Rd
Loveland, OH 45140
(513) 774-9591

**Colerain**
Furniture Fair
8760 Colerain Ave
Northgate, OH 45251
(513) 385-6600

**Cold Spring, KY**
Furniture Fair
3710 Alexandria Pike
Cold Spring, KY 41076
(859) 572-6800

**Florence, KY**
Furniture Fair
5015 Houston Rd
Florence, KY 41042
(859) 525-7911

## CLEARANCE AND OUTLET CENTERS

**Fairfield**
Furniture Fair

**Colerain**
Furniture Fair

**Cold Spring, KY**
Furniture Fair

**Erlanger, KY**
Furniture Fair

5/17/2017 Signature Design by Ashley Hatchlands Long Fire Pit Table 053915 - Furniture Fair - Cincinnati & Dayton OH and Northern KY

Case 2:19-cv-01522-JCW-CWH Document 1 Filed 05/30/17 Page 124 of 125

| 7200 Dixie Highway | 8760 Colerain Ave | 3710 Alexandria Pike | 3932 Dixie Highway |
|---|---|---|---|
| Fairfield, OH 45014 | Northgate, OH 45251 | Cold Spring, KY 41076 | Erlanger, KY 41018 |
| (513) 874-5553 | (513) 385-6600 | (859) 572-6800 | (859) 342-7221 |

## FURNITURE FAIR HOME AND SLEEP SHOPS

**Western Hills**
Home and Sleep
5744 Harrison Ave
Dent, OH 45248
(513) 598-7200

**Oxford**
Home and Sleep
5650 College Corner Pike
Oxford, OH 45056
(513) 273-2054





*Design Destination*





paradisehomeandpatio.com/ashley-hatchlands-accessories.html



## OUTDOOR BY ASHLEY COLLECTION



### HATCHLANDS SQUARE FIRE PIT TABLE

The Hatchlands fire pit table mirrors the rustic ambience of the great outdoors. Oversized square design has the look of richly grained wood, with none of the splintering qualities. Included burner cover transforms the fire table into an expansive coffee table.
34.75" W x 34.75" D x 24.25" H
Opening 19.25" x 19.25"
P015-772

$829   Add to Cart



### HATCHLANDS RECTANGULAR FIRE PIT TABLE

Oversized rectangular design has all the appearances of richly grained wood, but is actually a carefree all-weather composite you'll enjoy gathering around for years. Low profile puts the adjustable propane flame at the right height. Included burner cover transforms the fire table into an expansive coffee table.
54" W x 20" D x 18" H
Opening 35.50" x 8.75"
P015-773

$739   Add to Cart



