F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
Ryan Gile (Nevada Bar No. 8807)
rgile@weidemiller.com
**WEIDE & MILLER, LTD.**
Bank of Nevada Bldg., 5th Floor
7251 West Lake Mead Blvd., Ste. 530
Las Vegas, Nevada 89128
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorneys for Plaintiff*
*Bond Manufacturing Co., Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOND MANUFACTURING CO., INC., a California corporation, | **Case No.: 2:17-cv-01522-JCM-CWH** |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation;, | **(First Request)** |
| Defendant. | |

Pursuant to Local Rule 6-1(a), Plaintiff BOND MANUFACTURING CO., INC. ("Plaintiff" or "Bond") and Defendant ASHLEY FURNITURE INDUSTRIES, INC. ("Defendant" or "Ashley"), by and through their undersigned counsel, stipulate to a 21-day extension of time up to and including August 28, 2017, for Plaintiff to file an Opposition to Defendant's Motion to Dismiss Complaint Pursuant to FRCP 12(B)(6) (ECF No. 7) ("Motion to Dismiss").

Defendant's Motion to Dismiss was filed on July 24, 2017. Plaintiff's Opposition to Defendant's Motion to Dismiss is currently due August 7, 2017. By this Stipulation the parties agree to extend the deadline for Plaintiff to file its Opposition to Defendant's Motion to Dismiss by 21 days to August 28, 2017. This is Plaintiff's first request for an extension of time to file an

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0582                1

Opposition to Defendants' Motion to Dismiss. Good cause exists because scheduling conflicts with other client matters have delayed Plaintiff's counsel in discussing Defendant's Motion to Dismiss and Plaintiff's counsel requires additional time to confer with Plaintiff and to prepare the Opposition. For this reason, this Request is made for good cause and not for purposes of delay.

RESPECTFULLY SUBMITTED this 31st day of July, 2017

**WEIDE & MILLER, LTD.**          **MCDONALD CARANO LLP**

By:   /s/ Ryan Gile                           By:   /s/ Craig A. Newby
F. Christopher Austin (NSBN 6559)         Craig A. Newby (NSBN 8591)
Ryan Gile (NSBN 8807)                          Rory T. Kay (NSBN 12416)
Bank of Nevada Bldg., 5th Floor            2300 West Sahara Avenue, Suite 1200
7251 West Lake Mead Blvd., Ste. 530     Las Vegas, NV 89102
Las Vegas, NV 89128

Attorneys for Plaintiff                         Attorneys for Defendant
BOND MANUFACTURING CO,, INC.       ASHLEY FURNITURE INDUSTRIES, INC.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 9, 2017_____

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0582               2