CRAIG A. NEWBY, ESQ. (NSBN 8591)
RORY T. KAY, ESQ. (NSBN 12416)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
cnewby@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendant Ashley Furniture Industries, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOND MANUFACTURING CO., INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation,<br><br>Defendant. | CASE NO.: 2:17-cv-1522-JCM-CWH<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(a) and Local Rules 6-1 and 6-2, Plaintiff Bond Manufacturing Co., Inc. ("Bond") and Defendant Ashley Furniture Industries, Inc. ("Ashley") hereby stipulate to extend Ashley's deadline to file an opposition (presently September 19, 2018) to Bond's Motion for Leave to File First Amended Complaint (ECF No. 30), filed September 5, 2018, until Monday, September 24, 2018. This brief extension will allow the parties to draft and discuss a potential stipulation that would allow Bond to proceed with its First Amended Complaint while addressing scheduling issues associated with Bond's proposed patent infringement claims, pursuant to this District's Local Rules of Practice for Patent Cases.

/ / /

/ / /

Accordingly, Bond and Ashley stipulate that Ashley has until **Monday, September 24, 2018** to file any opposition to Bond's Motion for Leave to File First Amended Complaint.

DATED this 19th day of September, 2018.   DATED this 19th day of September, 2018.

WEIDE & MILLER, LTD.   McDONALD CARANO LLP

/s/ *F. Christopher Austin*   /s/ *Craig Newby*

F. Christopher Austin, Esq. (NV Bar #6559)
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

Craig Newby (NV Bar #8591)
Rory T. Kay, Esq. (NV Bar #12416)
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102

*Attorneys for Plaintiff Bond Manufacturing Co., Inc.*

*Attorneys for Defendant Ashley Furniture Industries, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 21, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the 19th day of September, 2018, a true and correct copy of the foregoing **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

                                                  _/s/ Jill Nelson_
                                                  An Employee of McDonald Carano LLP

4812-0919-5635, v. 1