CRAIG A. NEWBY, ESQ. (NSBN 8591)
RORY T. KAY, ESQ. (NSBN 12416)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
cnewby@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendant Ashley Furniture Industries, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOND MANUFACTURING CO., INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation,<br><br>Defendant. | CASE NO.: 2:17-cv-1522-JCM-CWH<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO PRODUCE INITIAL DISCLOSURES ON BOND'S PATENT INFRINGMENT CLAIMS**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(a) and Local Rules 6-1 and 6-2, Plaintiff Bond Manufacturing Co., Inc. ("Bond") and Defendant Ashley Furniture Industries, Inc. ("Ashley") hereby stipulate to a thirty (30) day extension of Bond's deadline to serve initial disclosures related to its patent infringement claims (presently set for November 19, 2018). This is the first request for an extension and will allow Bond to independently verify the sales information that Ashley recently provided.

/ / /

/ / /

/ / /

/ / /

Accordingly, Bond and Ashley stipulate that Bond has until **Wednesday, December 19, 2018** to produce initial disclosures related to its patent infringement claims.

DATED this 15th day of November, 2018.    DATED this 15th day of November, 2018.

WEIDE & MILLER, LTD.    McDONALD CARANO LLP

/s/ *F. Christopher Austin*    /s/ *Craig Newby*

F. Christopher Austin, Esq. (NV Bar #6559)
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

Craig Newby (NV Bar #8591)
Rory T. Kay, Esq. (NV Bar #12416)
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102

*Attorneys for Plaintiff Bond Manufacturing Co., Inc.*

*Attorneys for Defendant Ashley Furniture Industries, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 16, 2018

4836-4028-3771, v. 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the 15th day of November, 2018, a true and correct copy of the foregoing **STIPULATION REGARDING EXTENSION OF TIME TO PRODUCE INITIAL DISCLOSURES ON BOND'S PATENT INFRINGMENT CLAIMS** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

                                          */s/ Jill Nelson*
                                          An Employee of McDonald Carano LLP

4836-4028-3771, v. 1