F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorney for Plaintiff Bond Manufacturing Co., Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOND MANUFACTURING CO., INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation;,<br><br>Defendant. | Case No.: 2:17-cv-01522-JCM-CWH<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO PRODUCE INITIAL DISCLOSURES ON BOND'S PATENT INFRINGEMENT CLAIMS AND ASHLEY FURNITURE'S INITIAL DISCLOSURES OF NON-INFRINGEMENT, INVALIDITY, AND UNNFORCEABILITY CONTENTIONS**<br><br>**(Second Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(a) and Local Rules 6-1 and 6-2, Plaintiff Bond Manufacturing Co., Inc. ("Bond") and Defendant Ashley Furniture Industries, Inc. ("Ashley") hereby stipulate to a sixty (60) day extension of Bond's deadline to serve initial disclosures related to its patent infringement claims (presently set for December 19, 2018). This is the second request for an extension and is made to permit Bond to verify the sales information Ashley provided in November that Ashley agreed to make available for independent verification by Bond before Bond would be obligated to serve its patent infringement disclosures. Ashley represents that it is working in good faith towards a protocol for doing the same but needs additional time given the holidays to prepare and negotiate such a protocol. Corresponding with the prior and current request, Bond and Ashley stipulate to a ninety (90) day extension of Ashley's deadline to serve initial disclosures related to its non-infringement, invalidity, and unenforceability contentions (presently set for February 19, 2019).

Accordingly, Bond and Ashley stipulate that Bond has until **Tuesday, February 19, 2019** to produce initial disclosures related to its patent infringement claims and that Ashley has until **Monday, May 20, 2019** to produce initial disclosures of non-infringement, invalidity, and unenforceability contentions.

DATED: December 19, 2018.

| | |
|---|---|
| */s/ F. Christopher Austin* | */s/ Craig A. Newby* |
| F. Christopher Austin (NV Bar #6559) | Craig Newby (NV Bar #8591) |
| caustin@weidemiller.com | Rory T. Kay (NV Bar #12416) |
| **WEIDE & MILLER, LTD.** | 2300 W. Sahara Ave., Suite 1200 |
| 10655 Park Run Drive, Suite 100 | Las Vegas, NV 89102 |
| Las Vegas, NV 89144 | |
| *Attorneys for Plaintiff Bond Manufacturing Co., Inc.* | *Attorney for Defendant Ashley Furniture Industries, Inc* |

**ORDER**

IT IS SO ORDERED

Dated December 21, 2018

_____
UNITED STATES MAGISTRATE JUDGE

FCA-W-0840

2