F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorney for Plaintiff Bond Manufacturing Co., Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOND MANUFACTURING CO., INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation;,<br><br>Defendant. | **Case No.: 2:17-cv-01522-JCM-CWH**<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO PRODUCE INITIAL DISCLOSURES ON BOND'S PATENT INFRINGEMENT CLAIMS AND ASHLEY FURNITURE'S INITIAL DISCLOSURES OF NON-INFRINGEMENT, INVALIDITY, AND UNNFORCEABILITY CONTENTIONS**<br><br>**(Third Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(a) and Local Rules 6-1 and 6-2, Plaintiff Bond Manufacturing Co., Inc. ("Bond") and Defendant Ashley Furniture Industries, Inc. ("Ashley") hereby stipulate to a sixty (60) day extension of Bond's deadline to serve initial disclosures related to its patent infringement claims (presently set for February 19, 2019). This is the third request for an extension and is made to permit Bond to verify the sales information Ashley provided in November that Ashley agreed to make available for independent verification by Bond before Bond would be obligated to serve its patent infringement disclosures. Ashley made an initial production of what it represents is verification for such financial information just prior to the close of business on Friday February 8, 2019.

Bond, through its counsel and consultants have not had adequate time to review that material and anticipate needed to conduct a Rule 30(b)(6) deposition of Ashley regarding it in order to fully assess it. Given these scope of the material to assess and the need to schedule and

FCA-W-0866          1

conduct a deposition or depositions in connection with the same, there is good cause for the requested extensions. Corresponding with the prior and current request, Bond and Ashley stipulate to a sixty (60) day extension of Ashley's deadline to serve initial disclosures related to its non-infringement, invalidity, and unenforceability contentions (presently set for May 20, 2019).

Accordingly, Bond and Ashley stipulate that Bond has until **Monday, April 22, 2019** to produce initial disclosures related to its patent infringement claims and that Ashley has until **Friday, July 19, 2019** to produce initial disclosures of non-infringement, invalidity, and unenforceability contentions.

DATED: February 19, 2019.

| | |
|---|---|
| */s/ F. Christopher Austin* | */s/ Craig A. Newby* |
| F. Christopher Austin (NV Bar #6559) | Craig Newby (NV Bar #8591) |
| caustin@weidemiller.com | Rory T. Kay (NV Bar #12416) |
| **WEIDE & MILLER, LTD.** | 2300 W. Sahara Ave., Suite 1200 |
| 10655 Park Run Drive, Suite 100 | Las Vegas, NV 89102 |
| Las Vegas, NV 89144 | |
| *Attorneys for Plaintiff Bond Manufacturing Co., Inc.* | *Attorney for Defendant Ashley Furniture Industries, Inc* |

## **ORDER**

IT IS SO ORDERED

Dated February 21, 2019

_____
United States Magistrate Judge

FCA-W-0866　　2