# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOND MANUFACTURING CO., INC., | Case No. 2:17-cv-01522-JCM-CWH |
| Plaintiff, | |
| v. | **ORDER VACATING SETTLEMENT CONFERENCE** |
| ASHLEY FURNITURE INDUSTRIES, INC., | |
| Defendant. | |

This matter is before the court on the matter of the pre-claim construction settlement conference that is set for Friday, April 5, 2019, at 9:00 a.m. Bond has not yet produced its initial disclosures related to its patent infringement claims, and Ashley has not yet served its initial disclosures related to its non-infringement, invalidity, and unenforceability contentions. (*See* ECF No. 44.) Given the case's procedural posture, the court in its discretion will vacate the settlement conference. After the parties have disclosed their non-infringement contentions and responses to non-infringement contentions, they may file a stipulation to reschedule the pre-claim construction settlement conference.

IT IS SO ORDERED.

DATED: March 27, 2019

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE