F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorney for Plaintiff Bond Manufacturing Co., Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOND MANUFACTURING CO., INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation;,<br><br>Defendant. | Case No.: 2:17-cv-01522-JCM-CWH<br><br>**STIPULATION TO EXTEND TIME SET IN 2nd AMENDED SCHEDULING ORDER REGARDING PRODUCTION OF PATENT INFRINGEMENT CLAIMS AND NON-INFRINGEMENT, INVALIDITY, AND UNNFORCEABILITY CONTENTIONS**<br><br>**(First Request)[1]** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(a) and Local Rules IA 6-1 and 6-2, Plaintiff Bond Manufacturing Co., Inc. ("Bond") and Defendant Ashley Furniture Industries, Inc. ("Ashley") hereby stipulate to a sixty (60) day extension of Bond's deadline to serve initial disclosures related to its patent infringement claims (presently set for February 19, 2019). This is the first request for an extension to the Second Amended Scheduling Order (ECF 50) and is made to allow Ashley to produce and Bond to review supplemental documentation identified during the deposition of Ashley's Controller. Bond did not serve its patent infringement disclosures by the June 14, 2019 because it believed it could not serve them until Ashley produced the supplemental information.

---

[1] This is the fourth stipulation regarding extending such disclosures generally, but only the first under the Second Amended Scheduling Order. (*See* ECF 43).

1 Ashley has not suffered any prejudice by the delay and the parties seek to extend that disclosure
2 deadline (among others) herein.

3 Ashley's production of such additional documentation has been delayed by the withdrawal
4 of Ashley's primary counsel in this matter (ECF 55) and the necessity to have subsequent counsel,
5 who did not attend the deposition of Ashley's controller, review a complex and lengthy deposition
6 record, that was further complicated by the liberal use of recorded computer records, many of
7 which are subject to the protective order entered in this case. Ashley's new counsel sought
8 clarification from Bond's counsel but counsel was largely unavailable during this time. Now that
9 the parties have conferred and Bond has clarified what information it requires, the parties
10 anticipate that Ashley will produce the records at issue by July 22, 2019, afterwhich Bond's expert
11 will assess them. Thereafter, the parties expect to assess possible settlement options before
12 proceeding with the cumbersome and costly process of preparing initial patent disclosures and
13 contentions. Pursuant to the Second Amended Scheduling Order (ECF 50), the parties will
14 contact the new magistrate judge after August 5, 2019 to facilitate the settlement conference.
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS, NEVADA 89144
(702) 382-4804

1         Accordingly, Bond and Ashley stipulate to amend the Second Scheduling Order (ECF 50)

2    to provide that Bond has until **Friday, August 23, 2019** to produce initial disclosures related to

3    its patent infringement claims, that Ashley has until **Monday, September 23, 2019**, to produce

4    initial disclosures of non-infringement, invalidity, and unenforceability contentions, and that

5    Bond has until **Wednesday, October 23, 2019**, to produce responses to non-infringement and

6    unenforceability contentions.

7

8    DATED: July 15, 2019.

9

10   */s/ F. Christopher Austin*                */s/ Rory T. Kay*
     F. Christopher Austin (NV Bar #6559)     Rory T. Kay (NV Bar #12416)
     caustin@weidemiller.com                 2300 W. Sahara Ave., Suite 1200

11   **WEIDE & MILLER, LTD.**                Las Vegas, NV 89102
     10655 Park Run Drive, Suite 100

12   Las Vegas, NV 89144

13   *Attorneys for Plaintiff Bond Manufacturing*  *Attorney for Defendant Ashley Furniture*
     *Co., Inc.*                           *Industries, Inc*

14

15

16                  IT IS SO ORDERED.

17                  DATED: **Jul 23, 2019**

18

19

20                  C.W. HOFFMAN, JR.

21                  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS, NEVADA 89144
(702) 382-4804

FCA-W-0866        3