F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorney for Plaintiff Bond Manufacturing Co., Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOND MANUFACTURING CO., INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation;,<br><br>Defendant. | Case No.: 2:17-cv-01522-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO ASHLEY FURNITURE INDUSTRIES, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>(First Request) |

Pursuant to Fed.R.Civ.P. 6(b)(1)(a) and Local Rules 6-1 and 6-2, Plaintiff Bond Manufacturing Co., Inc. ("Bond") and Defendant Ashley Furniture, Inc. ("Ashley") hereby stipulate to extend Bond's deadline to file an opposition to Ashley's Motion for Partial Judgment on the Pleadings (ECF No. 67) (the "Motion"), filed on March 18, 2020, from the current due date of March 31, 2020, to April 10, 2020. This brief extension was requested due to unanticipated intervening professional and personal conflicts on the part of Bond's counsel and Bond, including delays incurred by the shutting down of much of Bond's operations in California and China in connection with the Covid-19 pandemic. In addition, the extension is intended to permit Bond to amend and supplement patent contentions in a good faith effort to avoid and moot the Motion to Strike (ECF No. 70) presently pending before the Court.

/ / /

/ / /

FCA-W-1101            1

Accordingly, Bond and Ashley stipulate that Bond has until Friday, April 10, 2020, to file any opposition to Ashley's Motion for Partial Judgment on the Pleadings.

DATED: March 31, 2020.

| **WEIDE & MILLER, LTD.** | **MCDONALD CARANO LLP** |
|---|---|
| */s/ F. Christopher Austin* <br> F. Christopher Austin (NV Bar #6559) <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 | */s/ Rory T. Kay* <br> Rory T. Kay (NV Bar #12416) <br> 2300 W. Sahara Ave., Suite 1200 <br> Las Vegas, NV 89102 |
| *Attorneys for Plaintiff Bond Manufacturing Co., Inc.* | *Attorney for Defendant Ashley Furniture Industries, Inc* |

**IT IS SO ORDERED**

*[signature]*
DISTRICT COURT JUDGE

DATED: April 2, 2020