Jeff Silvestri, Esq. (NSBN 5779)
Rory T. Kay, Esq. (NSBN 12416)
Sarah Ferguson, Esq. (NSBN 14515)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com
rkay@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

Thomas J. Wimbiscus, Esq. (*admitted pro hac vice*)
Christopher V. Carani, Esq. (*admitted pro hac vice*)
Philipp Ruben, Esq. (*admitted pro hac vice*)
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
twimbiscus@mcandrews-ip.com
ccarani@mcandrews-ip.com
pruben@mcandrews-ip.com

*Attorneys for Defendant Ashley Furniture Industries, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOND MANUFACTURING CO., INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation,<br><br>Defendant. | CASE NO.: 2:17-cv-01522-JCM-DJA<br><br>**STIPULATION TO STAY BRIEFING OF DEFENDANT ASHLEY'S MOTION TO STRIKE**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-2, 6-1, and 7-1, Plaintiff BOND MANUFACTURING CO., INC. ("Bond") and Defendant ASHLEY FURNITURE INDUSTRIES, INC. ("Ashley"), by and through their undersigned counsel, submit this Stipulation to Stay Briefing of Ashley's Motion to Strike Bond's Infringement Contentions, or in the Alternative, Motion to Compel Amendment of Same ("Motion to Strike"). *See* Motion to Strike, ECF No. 70. There have been no prior requests to stay the briefing or otherwise extend the deadlines related to the Motion to Strike.

Bond's Response to Ashley's Motion to Strike is currently due on April 6, 2020. The parties submit this Stipulation because Bond has agreed to supplement its Local Patent Rule (LPR) 1-6 Contentions and LPR 1-7 document production by April 7, 2020. These are the matters at the heart of the Motion to Strike.

Accordingly, the parties request the Court to stay briefing on Ashley's Motion to Strike pending an assessment of Bond's compliance with LPR 1-6 and 1-7. Ashley shall review Bond's compliance by April 13, 2020, and if Ashley believes briefing on the Motion to Strike should move forward, the parties stipulate that Bond's Response shall be due by April 20, 2020 with Ashley's Reply due in the ordinary course. If Ashley agrees that Plaintiff's supplemental LPR 1-7 document production and supplemental LPR 1-6 Infringement Contentions comply with the Local Rules, Defendant will withdraw its Motion to Strike.

DATED this 3rd day of April, 2020.

WEIDE & MILLER, LTD.

/s/ *F. Christopher Austin*
F. Christopher Austin, Esq. (NSBN 6559)
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorneys for Plaintiff,*
*Bond Manufacturing Co., Inc.*

DATED this 3rd day of April, 2020

McDONALD CARANO LLP

/s/ *Rory T. Kay*
Jeff Silvestri, Esq. (NSBN 5779)
Rory T. Kay, Esq. (NSBN 12416)
Sarah Ferguson, Esq. (NSBN 14515)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Thomas J. Wimbiscus, Esq.
(*admitted pro hac vice*)
Christopher V. Carani, Esq.
(*admitted pro hac vice*)
Philipp Ruben, Esq.
(*admitted pro hac vice*)
500 West Madison Street, 34th Floor
Chicago, IL 60661

*Attorneys for Defendant,*
*Ashley Furniture Industries, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 3, 2020