C

1   F. Christopher Austin (Nevada Bar No. 6559)
    caustin@weidemiller.com
2   **WEIDE & MILLER, LTD.**
    10655 Park Run Drive, Suite 100
3   Las Vegas, NV 89144
    Telephone: (702) 382-4804
4   Facsimile: (702) 382-4805

5   *Attorney for Plaintiff Bond Manufacturing Co., Inc.*

6

7                    **UNITED STATES DISTRICT COURT**

                          **DISTRICT OF NEVADA**
8

9   BOND MANUFACTURING CO., INC., a          Case No.: 2:17-cv-01522-JCM-DJA
    California corporation,
10

11                     Plaintiff,            **STIPULATION AND ORDER TO EXTEND
                                             TIME TO RESPOND TO ASHLEY
            v.                               FURNITURE INDUSTRIES, INC.'S
12                                           MOTION FOR PARTIAL JUDGMENT ON
    ASHLEY FURNITURE INDUSTRIES,             THE PLEADINGS
13  INC., a Wisconsin corporation;,
                                             (Second Request)
14                     Defendant.

15

16

17          Pursuant to Fed.R.Civ.P. 6(b)(1)(a) and Local Rules 6-1 and 6-2, Plaintiff Bond

18  Manufacturing Co., Inc. ("Bond") and Defendant Ashley Furniture, Inc. ("Ashley") hereby

19  stipulate to extend Bond's deadline to file an opposition to Ashley's Motion for Partial Judgment

20  on the Pleadings (ECF No. 67) (the "Motion"), filed on March 18, 2020, from the current due date

21  of April 10, 2020, to <u>April 15, 2020</u>. This brief extension was requested due to unanticipated

22  delays incurred by the shutting down of much of Bond's operations in California and China in

23  connection with the Covid-19 pandemic which have hampered and extended the time required to

24  consult on pending matters.

25  / / /

26  / / /

27  / / /

28

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS, NEVADA 89144
(702) 382-4804

FCA-W-1107                              1

Accordingly, Bond and Ashley stipulate that Bond has until <u>Wednesday, April 15, 2020,</u>
to file any opposition to Ashley's Motion for Partial Judgment on the Pleadings.

DATED: April 10, 2020.

**WEIDE & MILLER, LTD.**                          **MCDONALD CARANO LLP**

*/s/ F. Christopher Austin*                       */s/ Rory T. Kay*
F. Christopher Austin (NV Bar #6559)              Rory T. Kay (NV Bar #12416)
10655 Park Run Drive, Suite 100                   2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89144                               Las Vegas, NV 89102

*Attorneys for Plaintiff Bond Manufacturing*
*Co., Inc.*                                       *Attorney for Defendant Ashley Furniture*
                                                  *Industries, Inc*

**IT IS SO ORDERED**

UNITED STATES DISTRICT JUDGE

April 13, 2020
DATED:

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS, NEVADA 89144
(702) 382-4804