Jeff Silvestri, Esq. (NSBN 5779)
Rory T. Kay, Esq. (NSBN 12416)
Sarah Ferguson, Esq. (NSBN 14515)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com
rkay@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

Thomas J. Wimbiscus, Esq. (*admitted pro hac vice*)
Christopher V. Carani, Esq. (*admitted pro hac vice*)
Philipp Ruben, Esq. (*admitted pro hac vice*)
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone:  (312) 775-8000
twimbiscus@mcandrews-ip.com
ccarani@mcandrews-ip.com
pruben@mcandrews-ip.com

*Attorneys for Defendant Ashley Furniture Industries, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOND MANUFACTURING CO., INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation,<br><br>Defendant. | CASE NO.:  2:17-cv-01522-JCM-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR ASHLEY TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>**(First Request)** |

Pursuant to F.R.C.P. 6(b)(1)(a), LR IA 6-1 and 6-2, and LR 7-1, Plaintiff BOND MANUFACTURING CO., INC. ("Bond") and Defendant ASHLEY FURNITURE INDUSTRIES, INC. ("Ashley"), by and through their undersigned counsel, submit this Stipulation to extend Ashley's time to file a Reply In Support Of Its Motion For Partial Judgment On The Pleadings (ECF No. 67, the "Motion"), from the current due date of April 22, 2020 to **April 29, 2020**.  This brief extension is requested as a reciprocal extension for the prior extension

granted to Bond to file its Opposition and to account for delays related to the COVID-19 coronavirus. *See* ECF No. 77. This is Ashley's first request for an extension.

Accordingly, Bond and Ashley hereby stipulate and agree that Ashley's deadline to file Reply In Support Of Its Motion For Partial Judgment On The Pleadings is April 29, 2020. This stipulation is entered into in good faith and not for purposes of delay.

DATED this 22nd day of April, 2020.

WEIDE & MILLER, LTD.

 /s/ *F. Christopher Austin*
F. Christopher Austin, Esq. (NSBN 6559)
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorneys for Plaintiff,*
*Bond Manufacturing Co., Inc.*

DATED this 22nd day of April, 2020

McDONALD CARANO LLP

 /s/ *Rory T. Kay*
Jeff Silvestri, Esq. (NSBN 5779)
Rory T. Kay, Esq. (NSBN 12416)
Sarah Ferguson, Esq. (NSBN 14515)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Thomas J. Wimbiscus, Esq.
(*admitted pro hac vice*)
Christopher V. Carani, Esq.
(*admitted pro hac vice*)
Philipp Ruben, Esq.
(*admitted pro hac vice*)
500 West Madison Street, 34th Floor
Chicago, IL 60661

*Attorneys for Defendant,*
*Ashley Furniture Industries, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 24, 2020