Jeff Silvestri, Esq. (NSBN 5779)
Rory T. Kay, Esq. (NSBN 12416)
Sarah Ferguson, Esq. (NSBN 14515)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com
rkay@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

Thomas J. Wimbiscus, Esq. (*admitted pro hac vice*)
Christopher V. Carani, Esq. (*admitted pro hac vice*)
Philipp Ruben, Esq. (*admitted pro hac vice*)
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone:  (312) 775-8000
twimbiscus@mcandrews-ip.com
ccarani@mcandrews-ip.com
pruben@mcandrews-ip.com

*Attorneys for Defendant Ashley Furniture Industries, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOND MANUFACTURING CO., INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation,<br><br>Defendant. | CASE NO.: 2:17-cv-01522-JCM-DJA<br><br>**STIPULATION TO STAY BRIEFING OF DEFENDANT ASHLEY'S MOTION TO STRIKE**<br><br>**(Second Request)** |

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, Plaintiff BOND MANUFACTURING CO., INC. ("Bond") and Defendant ASHLEY FURNITURE INDUSTRIES, INC. ("Ashley"), by and through their undersigned counsel, submit this Stipulation to Stay Briefing of Ashley's Motion to Strike Bond's Infringement Contentions, or in the Alternative, Motion to Compel Amendment of

1 Same ("Motion to Strike"). *See* Motion to Strike, ECF No. 70; Order On Stipulation To Stay
2 Briefing On Defendant Ashley's Motion To Strike, ECF No. 75.

3 The Parties' prior stay was contingent upon Ashley's assessment of Bond's compliance
4 with LPR 1-6 and 1-7 disclosures. *Id.* Bond's deadline to oppose the Motion to Strike was April
5 20, 2020, but Bond believes it cannot fully supplement its patent infringement disclosures until
6 Ashley responds to Bond's outstanding discovery requests. However, due to COVID-19, Ashley
7 is unable to complete its responses to the requests at this time. Ashley is headquartered in
8 Wisconsin and Florida, both of which are under stay at home orders, effectively eliminating its
9 employee's access to documents necessary for discovery responses. Communication with
10 necessary parties in China, as well as access to essential documents and information in that
11 country, is difficult if not impossible given the global pandemic.

12 Additionally, though the deadline to oppose the Motion to Strike has passed, good cause
13 exists under LR IA 6-1(a) to extend the time for the same. The national health emergency has
14 made communications difficult, and despite diligence from the parties, counsel could not complete
15 a stipulation in advance of the deadline. Nevertheless, both parties agree that the briefing should
16 be extended, especially given their separate request to extend the deadlines identified in the
17 scheduling order out 90 days.

18 Accordingly, compelling circumstances exist that justify the requested stay of briefing.
19 The Parties have agreed to a prolonged extension to accommodate the current uncertain

1  circumstances.  Bond's Response shall be due in 90 days, on July 20, 2020 with Ashley's Reply
2  due in the ordinary course.

3  DATED this 23rd day of April, 2020.   DATED this 23rd day of April, 2020

4  WEIDE & MILLER, LTD.   McDONALD CARANO LLP

6   /s/ *F. Christopher Austin*    /s/ *Rory T. Kay*
   F. Christopher Austin, Esq. (NSBN 6559)   Jeff Silvestri, Esq. (NSBN 5779)
   10655 Park Run Drive, Suite 100   Rory T. Kay, Esq. (NSBN 12416)
7  Las Vegas, NV 89144   Sarah Ferguson, Esq. (NSBN 14515)
   2300 West Sahara Avenue, Suite 1200
8  *Attorneys for Plaintiff,*   Las Vegas, NV 89102
   *Bond Manufacturing Co., Inc.*

9  Thomas J. Wimbiscus, Esq.
   (*admitted pro hac vice*)
10  Christopher V. Carani, Esq.
    (*admitted pro hac vice*)
11  Philipp Ruben, Esq.
    (*admitted pro hac vice*)
12  500 West Madison Street, 34th Floor
    Chicago, IL 60661

13  *Attorneys for Defendant,*
14  *Ashley Furniture Industries, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 27, 2020